IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KARI LAKE et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:25-cv-840 |

**LCvR 26.1 CERTIFICATE OF CORPORATE DISCLOSURE**

Pursuant to Local Civil Rule 26.1, Open Technology Fund ("OTF") states as follows:

OTF is a not-for-profit corporation and has no parent corporation.  OTF does not issue stock and, accordingly, no publicly held corporation owns 10% or more of its stock.

Dated this 20th day of March, 2025.

　　　　　　　　　　　　　　　　　　VAN NESS FELDMAN, LLP

　　　　　　　　　　　　　　　　　　/s/ Patrick O. Daugherty
　　　　　　　　　　　　　　　　　Patrick Daugherty, D.C. Bar No. 981008
　　　　　　　　　　　Anne Lynch, D.C. Bar No. 976226
　　　　　Michael Farber, D.C. Bar No. 449215
　　　　　　　　　　(*Admission Pending*)
　2000 Pennsylvania Avenue, NW
　Suite 6000
　Washington, DC 20006
　Tel.: 202-298-1800
　Email: : pod@vnf.com; alynch@vnf.com; mfarber@vnf.com

Sophia E. Amberson, WA Bar No. 52528
    (*Pro Hac Vice Forthcoming*)
Liberty Quihuis, WA Bar No. 57779
    (*Pro Hac Vice Forthcoming*)
1191 Second Avenue
Suite 1800
Seattle, WA 98101
Tel.: 206-623-9372
Email:  samberson@vnf.com; lquihuis@vnf.com

*Attorneys for Plaintiff*