IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>                 Plaintiff,<br><br>v.<br><br>KARI LAKE et al.,<br><br>                 Defendants. | Civil Action No. 1:25-cv-840<br><br>**DECLARATION OF LAURA CUNNINGHAM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Laura Cunningham, declare the following:

      1.      I am the president of Open Technology Fund ("OTF"), a private section 501(c)(3) nonprofit organization incorporated in the District of Columbia and authorized under the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 ("FY2021 NDAA") and funded through a Congressionally directed grant from U.S. Agency for Global Media ("USAGM"). OTF's mission is to advance internet freedom in repressive environments by supporting the research, development, implementation, and maintenance of technologies that counter censorship and combat repressive surveillance to enable all citizens to exercise their fundamental human rights online.

      2.      I joined the OTF team in 2019. As OTF's President, I am responsible for OTF's strategic development, long-term planning, and day-to-day operations. I have over a decade of experience working on internet freedom in a variety of capacities for non-profit, donor, and government organizations. I either have personal knowledge of the facts set forth in this declaration or I know them from OTF business records and my knowledge of the organization's history and operations.

3. I submit this Declaration in Support of the Complaint and Motion for Temporary Restraining Order filed by counsel. I am of the age of majority and I am competent to make this Declaration.

## I. Open Technology Fund

4. OTF is an independent nonprofit organization incorporated under the laws of the District of Columbia in 2019. In the FY2021 NDAA, Congress directed OTF's mission is to "advance freedom of the press and unrestricted access to the internet in repressive environments oversees, and shall . . . research, develop, implement and maintain . . . technologies that circumvent techniques used by authoritarian governments, nonstate actors, and others to block or censor access to the internet . . . and secure communications tools and other forms of privacy and security technology" to maintain the technological advantage of the United States over authoritarian governments. The FY2021 NDAA provides for OTF's funding mechanism, setting out that Congress would appropriate money to USAGM, which then shall grant it to OTF. 22 U.S.C. § 6208a(a) & (b).

5. OTF fulfills its congressional mandate in part by funding pioneering open source internet freedom technologies that counter authoritarian information controls and enhance digital security and privacy so that all people can safely access the internet free from censorship. Today, over two billion people around the world use OTF-supported technology, and more than two-thirds of all mobile phone users have OTF-incubated technology on their devices.

6. As contemplated by Congress, the USAGM oversees OTF's financial and programmatic activities. OTF's authorizing statute requires that USAGM provide OTF with its Congressionally appropriated funds and provide assistance so that OTF can fulfill its statutorily mandated duties. The authorizing statute includes a clear directive that USAGM "shall" make

annual grants available to OTF.  22 U.S.C. § 6208a. The money appropriated for OTF is first apportioned to USAGM and then provided to OTF under a grant agreement between OTF and USAGM (the "OTF Grant"). The period of performance for each OTF Grant lasts for the three subsequent fiscal years with an elective one-year extension option.  In each of OTF's grants, there is the following provision: "No-Year International Broadcasting Operations Funds: USAGM acknowledges that unlike other USAGM grantees, the funds provided to OTF are generally "no-year" funds.  (Specifically, they are from a specific sub-account of International Broadcasting Operations Funds which do not have an express statutory limit on the period of availability.)"  Attached hereto as **Exhibit A** is a true and correct copy of OTF's Fiscal Year 2025 Grant FAIN:OT01-25-GO-00001.

7.  USAGM's oversight of OTF is provided by statute.  USAGM is led by a Chief Executive Officer ("CEO") under the oversight of an advisory board of directors, known as the International Broadcasting Advisory Board ("Advisory Board").  Congress has provided that OTF may only be debarred or suspended by a three-fourths majority vote of the Advisory Board. 22 U.S.C.A. § 6205(f). USAGM's CEO does not have the power to debar or suspend a USAGM grantee without the Advisory Board.  All members of Advisory Board were dismissed at the direction of the President shortly following the recent inauguration.

8.  In fiscal year 2024 and in multiple continuing resolutions to cover fiscal year 2025, Congress allocated to OTF an appropriation of $43.5 million for each fiscal year.  This appropriation covers approximately 98% of OTF's operating budget.  OTF cannot fulfill its mandate or operate in any meaningful way without access to these funds.

9.  On February 26, 2025, OTF submitted its drawdown request to USAGM for operating funds to cover the period of March 1, 2025 to March 31, 2025, consistent with the

Cunningham Decl. – 3
*Open Technology Fund v. Kari Lake et al.*, No. 1:25-cv-840

USAGM Grant Agreement, USAGM procedure for grantee drawdown requests, OTF's financial plan previously approved by USAGM, the congressionally approved USAGM Program Plan, the congressionally approved Internet Freedom Spend Plan, and the congressional appropriations to OTF for fiscal year 2024.  In 2025 thus far, the period between a request for funding and the subsequent disbursement has been at most seven days.

10.     On March 5, 2025, USAGM informed OTF that the March 2025 drawdown request had been submitted to USAGM leadership and funds were forthcoming.  When OTF followed up with USAGM on March 12, 2025 on the payment, USAGM then indicated that they would release the funds by the end of the month.  OTF never received the March 2025 funds from USAGM.

11.     On February 28, 2025, OTF received from USAGM an OMB-initiated Budget Data Request ("BDR") 25-08. The BDR classified OTF as a foreign assistance program for the purpose of the exercise, even though OTF does not receive foreign assistance funding and its work is not classified as such. The BDR also included instructions for USAGM's leadership to make a recommendation about the future of OTF's grant. OTF complied with this request and submitted the requested data to USAGM on March 7, 2025.

12.     OTF also receives a portion of its funding from the State Department through an interagency agreement with USAGM. Per the interagency agreement, the State Department provides funds to USAGM, and USAGM then provides those funds to OTF via an amendment to its grant agreement to support its "Surge and Sustain" program.  This program provides secure and uncensored access to the global internet to over 45 million users living under authoritarian regimes who otherwise could not safely access the Internet.  On January 28, 2025, the State Department notified OTF that it was reviewing all foreign assistance grants, including the

interagency agreement, and directed OTF to immediately pause all work performed under the agreement. On March 11, 2025, the State Department notified OTF that it should resume services under the agreement and simultaneously directed USAGM to "disburse funding and approve for funding all outstanding obligations under the agreement." OTF currently has 32 full-time employees. OTF currently oversees 149 programmatic contracts essential to carrying out its congressionally mandated mission and 23 operational contracts and leases for enterprise services, supplies, and office space. All of these contracts are funded in whole or in part with federal dollars that Congress has directed that OTF spend.

13.     On March 15, 2025, I received a "Notice of Grant Termination" from Kari Lake, "Senior Advisor to the Acting CEO with Authorities Delegated by Acting CEO." In this Notice, Ms. Lake stated that USAGM "is terminating your federal grant," because "[t]he award no longer effectuates agency priorities." Attached hereto as **Exhibit B** is a true and correct copy of the Grant Termination.

14.     At no time prior to receiving the Grant Termination did I receive any communication or questions from Kari Lake. OTF has not received $4,838,559.00 of its FY24 funding from USAGM, and has not received $27,303,645.00 (over half) of its FY25 funding to date, which was appropriated via the three Continuing Resolutions.

## II.     Irreparable Harm Caused by the Grant Termination

15.     OTF faces imminent closure if the termination of the congressionally mandated USAGM grant agreement is upheld. This means that all 32 employees will lose both their jobs and benefits on very short notice, save the very few operational staff required to close the business of the organization.

Cunningham Decl. – 5
*Open Technology Fund v. Kari Lake et al.*, No. 1:25-cv-840

16. If the termination of the USAGM grant is upheld, OTF will also need to terminate the 23 operational contracts and leases that the organization needs to conduct its operations. While USAGM is shielded from liability for third party claims for monetary damages, OTF is not afforded such protection. As such, breaching these contracts by defaulting on the financial obligations within them, and/or without the contractually required notice, would expose OTF to claims for monetary damages and/or injunctive relief through no fault of its own.

17. If the termination of the USAGM grant is upheld, OTF will need to immediately terminate all contracts with virtual private networks ("VPN") providers. OTF-supported VPNs currently provide secure and uncensored access to the internet over 45 million people living in authoritarian countries. Without access to these tools, users will be immediately exposed to online censorship and surveillance, putting their communication, work, and safety at significant risk, and leaving them vulnerable to despotic reprisal.

18. If the termination of the USAGM grant is upheld, OTF will not be able to effectuate its Congressionally authorized mission. OTF currently has long-term ongoing activities in 60 different countries. Increasingly, digital authoritarianism is being embraced by regimes worldwide in efforts to stymie access to a free and open Internet. A key indicator of this is the rapid increase in the demand for VPNs. In the past, VPNs were not needed in most countries; today VPNs are an essential prerequisite for tens of millions of people to be able to access the uncensored internet safely. If OTF can no longer support critical programs such as VPN access, or even if OTF is viewed as an unreliable partner because of funding risk, worldwide opposition to digital authoritarianism will be substantially weaker, in direct contravention of Congress's mandate and ongoing funding of this critical mission, and those trapped behind authoritarian firewalls will be left stranded and vulnerable to reprisals.

19. If the termination of the USAGM grant is allowed to stand, OTF will need to immediately terminate the 149 programmatic contracts that it currently has in place to carry out its congressionally mandated mission. Many, if not most, of the employees of these 149 contract partners will lose their jobs imminently if OTF cannot continue to distribute funds under existing contractual agreements. Many of these project partners are highly skilled developers and security experts who will no longer be able to focus on the challenges presented by authoritarian censorship and information controls, as their work relies exclusively or critically on OTF's funding. Moreover, as a trusted partner to experts operating in countries under authoritarian rule, to continue to fulfill its Congressionally mandated mission OTF must protect its contractors, who are frequent cyber targets of hostile adversaries. A denial of funding will put sensitive organizational and contractor information at risk. This will likely jeopardize the safety, and potentially the lives of, a number of OTF's partners. OTF's network of professionals dedicated to internet freedom will be difficult, if not impossible, to rebuild if OTF ceases to exist and/or cannot fund its contracts.

### A. OTF Provides Funding for a Variety of Internet Freedom Technologies that Are Essential to Combating Censorship.

20. OTF is the largest funder in the internet freedom technology space by orders of magnitude, specializing in technical solutions to digital authoritarian censorship and surveillance. If the termination of the USAGM grant is allowed to stand, OTF will need to immediately terminate programmatic contracts totaling over $71 million. As a result, the vast majority of internet freedom technology projects worldwide will cease and the internet freedom technology field as whole will be largely decimated. As quantifiable examples, OTF is the largest funder of VPNs worldwide. OTF has active contracts with the following partners to support VPNs in

highly repressive environments: Psiphon, Inc., $18,539,800; Advanced Circuiting, Inc., $11,231,500; and Brave New Software Project, Inc., $3,942,000.

21. OTF funds rapid response projects to respond to acute digital emergencies. If the termination of the USAGM grant is allowed to stand, OTF will need to immediately terminate all active emergency response contracts and will not be able to deploy new resources to respond to digital crises. Without these resources, individuals and organizations facing digital attacks and emergencies will suffer immediate harm. Examples of recent rapid response projects include: mitigating digital attacks and device compromises for targeted independent journalists reporting on the junta military actions in Myanmar; urgent forensic assessments and digital compromise remediations of the digital infrastructure used by a prominent civil society leader highly targeted by the Communist Party of China; and detection and compromise remediation for journalists and human rights defenders targeted by the highly advanced commercial spyware Pegasus.

22. OTF funds the development and ongoing maintenance of some of the world's most vital secure communications solutions. These solutions enable secure communications between individuals living under authoritarian regimes and are utilized by millions around the globe. OTF supports many widely used privacy-enhancing communications platforms, and supports the Messaging Layer Security Protocol, an important new development in secure messaging. If the termination of the USAGM grant is upheld, not only will citizens of the world be deprived of secure communications platforms, existing data in communications platforms may be vulnerable to decryption and exploitation by authoritarian regimes. Further, the ability to preserve the security of communications against advances in authoritarian surveillance technology will be swiftly eroded.

### B. The Grant Termination Will Force Critical Internet Freedom Programs to Shut Down.

23. If the termination of the USAGM grant is upheld, there are a number of OTF programs, implemented worldwide and critical for preserving internet freedom and access to information, that will likely be shut down. Many of these programs are relied upon by at-risk individuals and will be difficult to re-establish in the face of opposition by authoritarian regimes.

24. *Supporting use of anti-censorship tools (VPNs)*. OTF supports the user carrying costs of secure anti-censorship tools—VPNs, as discussed previously—for over 45 million users in the world's most repressive environments, including China, Cuba, Iran, and Myanmar. Without access to OTF VPNs, millions of users will immediately be left without protections of communications and at direct risk of government surveillance and reprisal.

25. *Internet Freedom Fund*. OTF's primary funding mechanism for new applications and technologies is its Internet Freedom Fund. This fund is designed to be nimble and operate at the speed of private sector technology development to quickly respond to novel forms of digital authoritarianism. The suspension of new projects will result in substantially hampered internet freedom outcomes, and will enable autocrats to develop new information controls unchecked and unchallenged. Through this fund, OTF has supported the development of open source technologies that are now used by two billion people globally.

26. *Rapid Response Fund*. In the 2024 fiscal year, OTF's Rapid Response Fund supported over 400 interventions in over 80 countries in response to urgent, state-sponsored digital attacks. Our inability to offer this support will mean that independent media and civil society actors in authoritarian countries will be at serious risk without any recourse against targeted digital attacks from their governments.

27. *Fellowship Programs*. OTF supports an annual cohort of Information Control Fellows who conduct cutting edge technical research on authoritarian censorship and surveillance (85 total to date). These Fellows have done groundbreaking work researching China's information control regime and related issues. Many of these Fellows are graduate students or early career professionals who will lose critical stipends if the OTF program has to shut down. A number of these Fellows work on extremely sensitive topics; if that work stops abruptly, OTF will be unable to ensure these Fellows' safety.

28. *Internet shutdown resistant technologies*. OTF funds internet shutdown resistant technologies to provide users in shutdown-prone countries (like Iran) with critical access to communications and the internet. Without these technologies, users' communications in a number of countries will likely be disrupted or rendered insecure against authoritarian surveillance.

29. *Censorship monitoring*. OTF supports multiple censorship monitoring platforms to document the full scope and scale of authoritarian censorship. These platforms provide vital information to the United States government about the nature and scale of Chinese and Iranian censorship. They also give circumvention technology developers insights into what forms of censorship are being deployed in which regions so that they can more effectively counter it. Without these platforms online, users are more vulnerable and anti-censorship developers lose an important resource.

30. *Privacy-preserving communications*. OTF funds the development and ongoing maintenance of some of the world's most vital, secure communications solutions. These are indispensable to those under threat inside repressive regimes and utilized widely by millions around the world. The OTF supported Signal protocol underlies many of the most popular secure

communications technologies in the world, including WhatsApp. OTF's current support for the Messaging Layer Security Protocol is poised to usher in the next era of secure messaging.

31. *Threat intelligence*. OTF supports a network of regional helpdesks and complementary technologies to effectuate a threat intelligence sharing network. This network helps to identify novel digital threats or novel uses of known threats, quickly notifies relevant actors to create and propagate threat mitigation measures, and shares that information back with under threat publics. OTF's initiative is an important complement to corporate and government efforts, as novel attacks from authoritarian actors are commonly first deployed against journalists or civil society members. Termination of OTF's grant would imperil that network and the technologies it relies on. This would leave journalists and civil society in authoritarian contexts more vulnerable to potentially devastating digital attack. It would also deprive the United States government and private sector of important early warnings and critical mitigations to novel digital attacks, increasing vulnerability to cyber threats.

32. *Open source sustainability*. Through a number of its established funds, OTF supports critical open source libraries, protocols, and tools that underlay many technologies vital to evading digital censorship and surveillance. Without OTF support, the security and efficacy of the hundreds of tools that rely on OTF open source components will be eroded, creating critical security vulnerabilities for the tools that are built upon them.

33. *Security audits*. OTF has funded over 200 security audits and issued more than 2,500 security patches to open source internet freedom tools. All OTF supported technologies are required to undergo security auditing to ensure these tools are as safe as possible for users in repressive information environments. Without continued support for security, tools that are developed for authoritarian contexts may put users at risk.

Cunningham Decl. – 11
*Open Technology Fund v. Kari Lake et al.*, No. 1:25-cv-840

      **C.    OTF Has Implemented Its Programs to Rapidly Come to the Aid of Individuals Worldwide Who Are At-Risk of Suppression and Harm by Dictatorial Regimes.**

34.    *China.*  OTF's Security Lab has investigated and exposed applications used for repressive surveillance throughout China, including tools used by the government to target religious minority Uyghur Muslims in Xinjiang province as well as tourists entering the region. Research supported by OTF also tracked the export of Chinese censorship and surveillance technologies and tactics to 102 countries around the world.

35.    *Iran.*  Usage of OTF-supported censorship circumvention tools surged in Iran following the Iranian government's brutal response to anti-regime protests. This surge persisted into 2023 and quickly became the new "normal," as Iranian authorities continued to increase censorship as part of their violent crackdown against demonstrators. OTF supported the infrastructure costs of carrying these additional circumvention users—approximately 26 million—for a number of VPN providers. Notably, OTF's increased support for circumvention tools during this period of time corresponded to dramatic increases in audience traffic amongst Persian-language news services. OTF also helped to increase the availability of a secure web browsing service within the country, and localized corresponding support and resources for individuals in Iran in response to rapidly increasing demand.

36.    Another priority for OTF in 2023 was ensuring the most at-risk communities in Iran, such as journalists and activists, had access to practical digital security guidance. Partnering with an Iranian security team, fiscal year 2022 funds were used to support the rapid publication of a 15-topic security manual with direct, actionable advice to help mitigate risk and ensure online and offline activities remain secure. The security team behind this effort also provided direct training for activists and journalists, and published 83 educational pieces.

37. *Myanmar.* Since seizing power in a 2021 coup, Myanmar's military junta has engaged in aggressive digital repression tactics. Millions of people in the country today struggle with little-to-no internet connectivity, and online expression is subject to harsh punishment if deemed to be "anti-regime." Independent media is also almost entirely blocked. In an effort to help residents access English and Burmese versions of an important publication, one of OTF's Rapid Response Fund Partners deployed mirror sites—replicas of the original, blocked sites. This publisher-side censorship circumvention technique provides easily shareable news and information to populations living under repressive censorship.

38. *Cuba.* After large-scale protests against the Cuban broke out in July of 2021 Cuban users of OTF supported VPNs surged to approximately 1.5 million, as Cuban citizens sought to gather and share information about the protests despite the government's efforts to censor news and information about the demonstrations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March 2025 in Washington, D.C.

/s/ *Laura Cunningham*
Laura Cunningham