# EXHIBIT A

# GRANT AGREEMENT
## BETWEEN THE
## U.S. AGENCY FOR GLOBAL MEDIA AND
## OPEN TECHNOLOGY FUND

### FAIN: OT01-25-GO-00001

**GRANT FUNDS TABLE**

|  | FY 2025 OPERATING/ SPEND PLANS | Previous Award Total | Current Award | New Award Total |
|---|---|---|---|---|
| **Internet Freedom** | PENDING | N/A | $16,196,355 | $16,196,355 |

Preamble

This Grant Agreement ("Agreement") is between the **U.S. AGENCY FOR GLOBAL MEDIA** (hereinafter "USAGM or the Agency") and **OPEN TECHNOLOGY FUND**, (hereinafter "OTF", the "Non-Federal Entity", or "NFE"), a nonprofit organization incorporated in the District of Columbia. USAGM and the Non-Federal Entity are collectively referred to as the "Parties." USAGM enters into this Agreement under the authority provided by the U.S. International Broadcasting Act of 1994, as amended, 22 U.S.C. §§ 6201 et seq. (the "International Broadcasting Act") and other authorization or appropriation acts that provide authority for such activities. The Catalog of Federal Domestic Assistance **(CFDA) Number** for USAGM is **90.500**. The **Unique Entity Identifier (UEI)** for the Non-Federal Entity is VG15QZXA1A95. **The Federal Award Identification Number (FAIN) for this Award for Financial Assistance is OT01-25-GO-00001.**

WHEREAS, USAGM is the United States Government agency responsible for non-military U.S. Government-funded international broadcasting pursuant to the authorities set forth in the International Broadcasting Act;

WHEREAS, among the purposes of the activities supported by the International Broadcasting Act is to "promote the right of opinion and expression, including the freedom 'to seek, receive, and impart information and ideas through any media and regardless of frontiers,' in accordance with Article 19 of the Universal Declaration of Human Rights;" Id. § 6201 (1) the Non-Federal Entity shall accordingly support Internet Freedom activities to enable journalists, including journalists employed by or affiliated with USAGM, or any entity partnered with or funded by USAGM, to create and disseminate, and its audiences to receive, news and information consistent with the standards, principles, and goals of the International Broadcasting Act of 1994, as amended, 22 U.S.C. 6201 et seq. ("Act").

WHEREAS, USAGM's mission is "to inform, engage, and connect people around the world in support of freedom and democracy;"

WHEREAS, USAGM seeks to find tools to facilitate the provision and receipt of news and information to countries that have limited or no access to free press and media, and, in furtherance thereof;

WHEREAS, the United States Congress established the Open Technology Fund as a grantee entity, as set forth essentially as follows (under Public Law 116-283, Div. A, Title XII, § 1299P):

a.  To advance freedom of the press and unrestricted access to the internet in repressive environments overseas and shall –

    1. Research, develop, implement, and maintain –

      i. Technologies that circumvent techniques used by authoritarian governments, nonstate actors, and others to block or censor access to the internet, including circumvention tools that bypass internet blocking, filtering, and other censorship techniques used to limit or block legitimate access to content and information; and

      ii. Secure communication tools and other forms of privacy and security technology that facilitate the creation and distribution of news and enable audiences to access media content on censored websites;

    2. Advance internet freedom by supporting private and public sector research, development, implementation, and maintenance of technologies that provide secure and uncensored access to the internet to counter attempts by authoritarian governments, nonstate actors, and others to improperly restrict freedom online;

    3. To research and analyze emerging technical threats and develop innovative solutions through collaboration with the private and public sectors to maintain the technological advantage of the United States Government over authoritarian governments, nonstate actors, and others;

    4. To develop, acquire, and distribute requisite internet freedom technologies and techniques for the United States Agency for Global Media, in accordance with paragraph (2), and digital security interventions, to fully enable the creation and distribution of digital content between and to all users and regional audiences;

    6. To prioritize programs for countries, the governments of which restrict freedom of expression on the internet, that are important to the national interest of the United States and are consistent with section 7050(b)(2)(C) of the Further Consolidated Appropriations Act, 2020 (Public Law 116-94); and

    7. To carry out any other effort consistent with the purposes of this Act or press freedom overseas if requested or approved by the United States Agency for Global Media.

WHEREAS, in furtherance of this mission and as authorized by the International Broadcasting Act, USAGM makes and supervises a grant to the Non-Federal Entity to advance Internet Freedom overseas through the research, development, and implementation of technologies that enable secure and unrestricted access to news and information on the internet, consistent with the scope

and limitations of the authorization for such activities in our annual appropriation act and other provisions of law; and

WHEREAS, USAGM believes that it would be in the interests of United States International Broadcasting (USIB) and the USAGM mission to take advantage of the operational independence and flexibilities of the private nonprofit Non-Federal Entities that it funds, while giving due consideration to the requirements of the International Broadcasting Act and other federal laws and regulations that are applicable to Non-Federal Entities, including the statutory requirement that Internet Freedom funds made available be matched to the maximum extent practicable by sources other than the United States Government, including from the private sector.

NOW, THEREFORE, USAGM agrees to make, and the Non-Federal Entity agrees to accept, the grant of funds in accordance with the following provisions:

Article I – THE GRANT

a.  Amount of Grant. The USAGM hereby grants an amount of $16,196,355 to OTF funds for the planning and operating expenses in order to carry out the purposes set forth in the laws referenced in the preamble to this Agreement, expressly the United States International Broadcasting Act, as amended, P.L. 103-236, as amended, and the relevant appropriation act(s),[1] for the grant term October 1, 2024, through September 30, 2027 ("initial grant term"). The parties acknowledge that the agency authorizes OTF to initiate a one-time extension for a period of 1 year through September 30, 2027 subject to OTF's notification to USAGM no later than 90 days prior to the end of the initial grant term, and to the conditions in 2 CFR 200.308(e)(2)(i) through (iii). Notwithstanding the foregoing, nothing herein shall constrain nor limit further extension of the Grant Term via written mutual agreement of the parties. The funding amount will be based upon Continuing Resolution rates until the enactment of the Fiscal Year (FY) 2025 USAGM appropriation, or any future Continuing Resolution, at which point the grant shall be amended to comply with such Congressional action and/or the final FY 2025 appropriation. This funding will support planning and operational costs detailed in OTF's FY 2025 approved financial plan and Internet Freedom spend plan.

b.  Use of the Grant Funds. The Non-Federal Entity may use the Grant Funds solely for expenses related to advancing Internet Freedom overseas, within the meaning of paragraph c of Article I, and administration thereof. The Grant Funds are provided solely for the purposes and in the amounts approved by USAGM and as set forth in the Approved Financial Plan (as such term is defined in Article VII hereof and subject to the review procedures and adjustments described therein).

c.  The funds made available under this grant are subject to the purposes set forth in law for USAGM's Internet Freedom funding, including the relevant annual appropriation Acts. For funds appropriated under or subject to the Continuing Appropriations Act, 2025, Division A of P.L. 118-83 (September 26, 2024) and P.L. 118-158 (December 21, 2024).

---

[1] At the time of signing of this grant agreement, Congress has appropriated amounts through December 20, 2024, under the Continuing Appropriations and Extensions Act, 2025, Division A of P.L. 118-83 (September 26, 2024).

d.  Funds provided under a partial year Continuing Resolution (CR) are subject to the terms and conditions set forth in Article VII(b)(6) and those otherwise required under a partial year CR.

Article II – USAGM OVERSIGHT AND ITS LIMITATIONS

a.  As provided in 22 U.S.C. § 6208a(c), the Non-Federal Entity is a private, nonprofit corporation, and nothing in this Agreement may be construed to make the Non-Federal Entity a Federal agency or instrumentality,

b.  USAGM's oversight and supervision of the Grant Funds are subject to limitations in applicable law.

c.  USAGM acknowledges and affirms the safeguards contained in the United States International Broadcasting Act meant to preserve the journalistic independence and integrity of USAGM programming. These safeguards include the fact that no U.S. Government official—including the USAGM CEO, the Secretary of State, and the Inspector General—may attempt to influence the content or editorial choices of one of the broadcasting entities in a manner that is not consistent with the highest standards of professional broadcast journalism. Nor may any U.S. Government official take any other action that may tend to undermine the integrity, journalistic credibility or independence of USAGM, the Non-Federal Entity, or Work funded by the Non-Federal Entity. In this same vein, USAGM acknowledges and affirms that those safeguards extend to the Non-Federal Entity and its work to support and defend Internet Freedom. To that end, USAGM is committed to ensuring sufficient protections from any attempt to modify or access Work funded by the Non-Federal Entity that would compromise or undermine the independence, integrity, security, privacy or effectiveness of the Work. In the event that the Non-Federal Entity reasonably believes that a breach of this Article II (c) has occurred, the Non-Federal Entity shall report the breach to the USAGM CEO. In the event that the Non-Federal Entity believes that the USAGM CEO is involved in the breach, the Non-Federal Entity shall report such breach to the Department of State's Office of Inspector General (OIG).

d.  The Parties recognize that the promotion of global internet freedom, including advancement of unrestricted access to the internet in repressive environments overseas and countering or circumvention of efforts by authoritarian governments and others to block or censor access to the internet, is challenging work that can involve threats and risks to the safety, security, and privacy of the Non-Federal Entity's contractors. Reports by the Non-Federal Entity to USAGM, particularly reports pursuant to Articles VII.d.7 and will be prepared and submitted in accordance with this Article II.d. The Parties acknowledge the need for confidentiality regarding the identity of such contractors, their personnel, and other associated individuals (collectively, "contractors"), as well as certain other aspects of their activities, in order to effectively protect their safety, security and privacy and to ensure OTF's ability to effectuate its mission. The Parties further acknowledge that, as provided in 2 CFR 200.303(e), when making reports to USAGM, the Non-Federal Entity is responsible to "take reasonable measures to safeguard" contractors' personally identifiable information (PII) and such other relevant information as USAGM or the Non-Federal Entity may designate or (consistent with applicable privacy and confidentiality law) consider sensitive. Such information, collectively

referred to as "PII/sensitive information," includes but is not limited to PII as defined in 2 CFR 200.1 (Definitions). In connection with reports as well as otherwise, PII/sensitive information concerning the contractors is not subject to the prohibition against restrictions on limiting public access to the Non-Federal Entity's records pertinent to an award contained in 2 CFR 200.338, and generally qualifies as exempt from disclosure by either USAGM or the Non-Federal Entity pursuant to the Freedom of Information Act. The Non-Federal Entity will submit reports, cooperate with USAGM monitoring, and grant access to information that is lawfully requested, or to which access is required by law or by this Agreement, provided that such reports, cooperation, and access shall be submitted or provided by the Non-Federal Entity in an anonymized or pseudonymized form as it relates to contractors or their work. Decisions to submit reports or other information in anonymized or pseudonymized form shall be made by the Non-Federal Entity in its sole discretion. In all cases, even in cases where other information is anonymized or pseudonymized, the Non-Federal Entity agrees to make available to USAGM reports that include the purpose of the funding, the amount spent, and supporting documentation sufficient to demonstrate that the funds were expended in compliance with competitive requirements under applicable regulations. The Non-Federal Entity shall also confirm that SAM and OFAC checks, as applicable, were conducted for all procurements. For the avoidance of doubt, the specific identities of the contractors need not be disclosed to USAGM as part of the confirmation of SAM and OFAC checks. The Non-Federal Entity shall provide access to records as reasonably requested and lawfully required, provided that such access shall only be granted to authorize USAGM personnel and must be viewed at the Non-Federal Entity's office or securely transferred to USAGM via a means, and subject to specific destruction requirements, acceptable to the Non-Federal Entity.

## Article III – WORK SUPPORTED WITH GRANT FUNDS

a. The Non-Federal Entity shall use the Grant Funds to support Internet Freedom activities ("Work") pursuant to the requirement for procurement by competitive proposals in 2 CFR §200.319 or any other application provision of law or rule, and consistent with the relevant principles and standards set forth in the International Broadcasting Act and the strategy for USIB as determined and implemented by USAGM. Grant Funds shall be used and coordinated pursuant the mutually recognized requirements in the relevant authorization or appropriations act(s), referenced in Article I, including the prioritization of circumvention tools and training to support the digital safety of USAGM's journalists and audiences and the facilitation of unrestricted access to USAGM content.

b. The Non-Federal Entity shall carry out activities described in the Approved Financial Plan, as defined in Article VII of this Agreement. In accordance with the Open Technology Fund Authorization Act, the Non-Federal Entity shall "highlight, in its annual report, internet freedom activities, including a comprehensive assessment of the Open Technology Fund's activities, which shall include—(A) an assessment of the current state of global internet freedom, including—(i) trends in censorship and surveillance technologies and internet shutdowns; and (ii) the threats such pose to journalists, citizens, and human rights and civil society organizations; and (B) a description of the technology projects supported by the Open Technology Fund and the associated impact of such projects in the most recently completed year, including—(i) the countries and regions in which such technologies were deployed; (ii) any associated metrics indicating audience usage of such technologies; and (iii) future-year

technology project initiatives." For reasons of privacy and security, the Non-Federal Entity shall not be required to provide information revealing or related to the identities of contractors.

Article IV – INTELLECTUAL PROPERTY RIGHTS

a. Source code created with funds under this agreement shall be made available to the public via a free, open, and public copyright license. Provided that, OTF in its sole discretion, informed by OTF's technical experts and independent advisory council, may award funds for the creation of source code that is not open source where an open-source license is not practicable. All other copyrightable work, not in the nature of source code, created by third parties with funds under this agreement, shall be made available to the public via a free or open license as those terms are commonly understood. OTF may, in its discretion, award funds for the creation of copyrightable work with a more restrictive license, if the use of a free or open license in connection with the work would be counterproductive to OTF's mission or endanger the creators or beneficiaries of the work.

b. Notwithstanding limitations in III(a) USAGM reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use all copyrightable work created by third parties under this agreement for Federal purposes, without violating the free, open, public copyright license, and to authorize others to reproduce, publish, or otherwise use the work, without violating the free, open, public copyright license. However, the Non-Federal Entity may award funds for copyrightable work that is encumbered by a claim of ownership or license that would interfere with USAGM's right to an irrevocable, non-exclusive, royalty-free right to reproduce, publish, or otherwise use the work for Federal purposes, and to authorize others to do so. In such cases, the Non-Federal Entity shall first make reasonable efforts to secure sufficient rights to grant to USAGM an irrevocable, non-exclusive, royalty-free right to reproduce, publish, or otherwise use the work for Federal purposes, and to authorize others to do so. If efforts to secure USAGM an irrevocable, non-exclusive, royalty-free right to reproduce, publish, or otherwise use the work for Federal purposes, and to authorize others to do so fail, the Non-Federal Entity shall seek approval from USAGM to support the Work subject to the more restrictive license. When deciding whether to grant approval to support such Work, the Parties shall weigh the value of the Work to Internet Freedom efforts against the value of the unrestricted license.

c. The requirement for a free, open, and public license and USAGM's right to a royalty-free, nonexclusive and irrevocable right to reproduce, publish, or otherwise use work supported with funds granted under this agreement for Federal purposes shall not apply to copyrightable work supported by Federal grant funds for which USAGM has already accepted a more limited license.

d. The Non-Federal Entity hereby grants to USAGM, and USAGM hereby accepts, an irrevocable, royalty-free, fully paid-up, non-exclusive, perpetual license, during the Grant Term, and for a reasonable period of time thereafter, to use registered and unregistered trademarks owned by the Non-Federal Entity. USAGM's use of the Non-Federal Entity's trademarks shall be limited to use in conjunction with disseminating the Non-Federal Entity's

materials to USAGM's audiences and for promoting the work of the Non-Federal Entity for the purpose of furthering the USAGM mission.

Article V – COOPERATION WITH USAGM GOVERNANCE OF UNITED STATES INTERNATIONAL BROADCASTING

As a condition of its receipt and use of the Grant Funds provided hereunder, the Non-Federal Entity shall comply with USAGM's governance of USIB under the International Broadcasting Act as follows:

a.  The Non-Federal Entity's articles of incorporation, by-laws or other constitutional documents shall provide that the corporate leadership and Board of Directors of the Non-Federal Entity be selected in accordance with the International Broadcasting Act and other relevant provisions.

b.  The Non-Federal Entity shall comply with the processes and protocols of USAGM as follows:

    1. To the extent permitted by applicable law, the Non-Federal Entity shall report such information to USAGM as may be reasonably requested by USAGM in the format and within the timeframe so requested to the extent permitted by applicable law. Consistent with the USAGM's desire to foster transparency, USAGM's request will include information regarding the purpose and use of the request.

    2. In order to facilitate coordinated communications among the elements of U.S. international broadcasting, the Non-Federal Entity will endeavor to inform the USAGM Office of Congressional Affairs of communications or meetings with House and Senate staff and Members.

    Nothing in this Article V(b) shall prevent the Non-Federal Entity from (i) responding to specific requests for information, documents or materials from Congress, or (ii) engaging in routine correspondence or communications with Congress. The Non-Federal Entity shall inform USAGM in a timely manner about such requests for information and the responses to those requests. The Non-Federal Entity acknowledges that 31 U.S.C. § 1352 prohibits Non-Federal Entities from using appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any U.S. government agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the making, extension, continuation, renewal, amendment, or modification of any Federal grant.

    3. The Non-Federal Entity shall not disclose any information expressly designated in writing as confidential by USAGM to any third party not authorized by USAGM to receive it. The Non-Federal Entity further agrees to take all steps reasonably necessary to protect the confidentiality of the confidential information and to prevent the confidential information from falling into the public domain or into the possession of unauthorized persons.

The Non-Federal Entity shall have no obligation of confidentiality with respect to information that (A) was known to the Non-Federal Entity prior to receiving any of the confidential information from USAGM, (B) has become publicly known through no wrongful act of the Non-Federal Entity, or (C) was received by the Non-Federal Entity from a third party without restriction as to the use and disclosure of the information.

4. The Non-Federal Entity shall participate in activities of the U.S. International Media Coordinating Committee (ICC) in accordance with the International Broadcasting Act.

5. Nothing in this agreement shall require the Non-Federal Entity to take actions which impair appropriate Congressional oversight or operations of the USAGM Inspector General.

## Article VI – MUTUAL ASSISTANCE TO PROMOTE UNITED STATES INTERNATIONAL BROADCASTING

a.  In the spirit of cooperation among USAGM-sponsored entities and in order to promote the efficient use of Grant Funds and Agency resources, USAGM and the Non-Federal Entity will use their reasonable best efforts to render assistance to each other to promote the interests of USIB and the implementation of USAGM's strategy.

b.  The Non-Federal Entity shall make reasonable efforts to provide or facilitate provision of administrative or other services or resources to USAGM or other USAGM-sponsored broadcasting entities in order to promote implementation of USAGM's strategy. Grant Funds shall be available for in-kind services to the USAGM or other USAGM-sponsored entities where cost effective and consistent with the USAGM strategic plan as determined by USAGM. USAGM shall not be required to reimburse the Non-Federal Entity for Grant Funds used to provide such assistance, but may reimburse the Non-Federal Entity for costs that are more than de minimus. USAGM will endeavor to make such requests in a manner that does not interfere with the Non-Federal Entity's ability to discharge its responsibilities under this Agreement and, where necessary to achieve the request, to provide resources to assist the Non-Federal Entity in fulfilling such requests. The Non-Federal Entity shall notify USAGM of any expenditures it makes on provision of in-kind services to USAGM and other USAGM-sponsored entities.

c.  All assistance contemplated under this Article VI shall be rendered in a manner consistent with applicable law and regulations.

## Article VII – ADMINISTRATION OF THE GRANT

a.  Development and Review of the Annual USAGM Program Plan

1. Definitions. As used in this Agreement, the term "**Program Plan**" (also known as the "Program Plan" or "Operating Plan") shall consist of (i) a comparison between the congressional budget justification (CBJ) funding levels, (ii) the most recent congressional

directives or approved funding levels, and (iii) the funding levels proposed by USAGM, along with a clear, concise, and informative description/justification submitted to the Appropriations Committee. The term "**Internet Freedom Spend Plan" refers to that which is articulated in the Congressional Appropriation and** shall consist (i) a comparison between the prior year's actual expenditures and current year planned funding that matches the Approved Program Plan funding level for OTF, (ii) a detailed breakout of cost categories, (iii) a detailed narrative providing an informative description/justification submitted to the Appropriations Subcommittee, and (iv) any other requirements as may be relevant to the annual appropriation.

2. USAGM Program Plan and Internet Freedom Spend Plan Detail. The Non-Federal Entity's submission to the USAGM Program Plan will be dictated by the Data Call Guidance provided by USAGM. The submission will include updated Entity Budget Tables and a follow on request for the Internet Freedom Spend Plan which will include, at a minimum, a listing of all funds (Internet Freedom Fund, Surge and Sustain Fund, Core Infrastructure Fund, etc....), Labs, fellowships, support costs, Full Time Equivalent (FTE) Employees and narratives for proposed investments and/or reductions.

3. Approval of the Program Plan/Internet Freedom Spend Plan. If the Program Plan includes changes in the level of funding specified in the CBJ, in the appropriations act, or amounts specifically designated in the tables included in the joint explanatory statements, along with notification and reprogramming requirements, then all aforementioned changes shall be included in the Program Plan. USAGM will review the Non-Federal Entity's submission as requested in the data call guidance prior to submitting the program plan to the Office of Management and Budget (OMB) and Congress for final approval. USAGM will notify the Non-Federal Entity once the program plan has been approved. Subsequently, the Internet Freedom Spend Plan shall match the funding levels of the approved program plan. OTF will work in conjunction with the USAGM Office of Internet Freedom to initiate the Internet Freedom Spend Plan and submit to USAGM Office of the Chief Financial Officer (OCFO)/Budget (B). USAGM will review the Non-Federal Entity's proposed plan prior to submitting the Internet Freedom Spend Plan to OMB and Congress for final approval. USAGM will notify the Non-Federal Entity once the Internet Freedom Spend Plan has been approved. Once the Internet Freedom Spend Plan is approved, full-year funding is distributed after USAGM's review and approval of a financial plan submitted by the Non-Federal Entity per VII (b)(3). The Non-Federal Entity's financial plans should reconcile to the funding levels included in the approved Internet Freedom Spend Plan.

b.  Development and Review of the Approved Financial Plan

1. Definition. As used in this Agreement, the term "**Approved Financial Plan**" shall mean (i) the financial plan for use of the Grant Funds that is approved by USAGM in accordance with the procedures set forth in this Article VII; (ii) any modification to such plan that is approved by USAGM during the term of this Agreement; and (iii) any proposal or modification of such proposal during a Continuing Resolution as referenced in Article VII (b)(6) below.

2. Financial Plan Required. Unless otherwise determined by USAGM, prior to entering into this Agreement (or, as the case may be, any amendment to this Agreement which alters the amount or purpose of Grant Funds available), the Non-Federal Entity shall submit to USAGM a proposed detailed financial plan consistent with the approved program plan and Internet Freedom Spend Plan and covering the full amount of the Grant.

3. Financial Plan Detail. The Non-Federal Entity's proposed financial plan shall delineate the Non-Federal Entity's anticipated monthly expenditures for each budget line item Budget line items will be defined by the USAGM in cooperation with the Non-Federal Entity. Budget line items and any additional details required for the financial plan shall be communicated to the Non-Federal Entity in writing by USAGM a minimum of five (05) business days before the Non-Federal Entity's financial plan is due to USAGM.

4. Approval of the Proposed Financial Plan. USAGM shall transmit any disapproval of the proposed financial plan prior to the execution of the Agreement (or, as the case may be, any amendment to this Agreement which alters the amount or purpose of Grant Funds available). If USAGM has not notified the Non-Federal Entity of its disapproval, the financial plan provided to the Non-Federal Entity with the executed version of the Agreement (or, as the case may be, any amendment to this Agreement which alters the amount or purpose of Grant Funds available) shall be deemed approved.

5. Relationship of the Approved Financial Plan to the Annual Operating/Program Plan. The Approved Financial Plan serves as the funding drawdown schedule; it should be the Non-Federal Entity's estimate of monthly costs. The Approved Financial Plan should directly correlate to the Approved Operating/Program Plan and/or Project Budget (If Pass-Thru Funding from another Agency).

6. Financial Plan during a Partial-Year Continuing Resolution. If appropriations for the full-year amount of the Grant Funds are not available to USAGM at the time that the Non-Federal Entity enters into this Agreement, the Non-Federal Entity shall provide, with each request for funding, an explanation of funding requirements for the period covered by the funding request. Unless otherwise determined by law or approved by USAGM, such requirements shall include only the minimum amounts of Grant Funds reasonably necessary to sustain current operations under the partial-year Continuing Resolution.

Financial Plans during a CR shall correlate to the last Approved Program Plan/Enacted Appropriation Level of the Prior Fiscal Year, subject to guidance from the Agency. Subject to Agency guidance, the Non-Federal Entity shall submit a proposed detailed financial plan for approval in accordance with paragraphs one (1) through five (5) of this subsection. The Non-Federal Entity shall operate at a rate of obligation under its CR financial plan until USAGM affirmatively or tacitly approves the Proposed Financial Plan in accordance with this paragraph.

c.  USAGM will provide the Grant Funds to Non-Federal Entity by the U.S. Treasury electronic funds transfers through the Automated Clearing House System. USAGM will make

disbursements in monthly increments or on such other basis as may be consistent with the Approved Financial Plan.

d.   Reporting and Review of Use of Grant Funds

Program monitoring of Grant Funds is required to determine that adequate progress is being made towards USAGM's objectives; that expenditures are in line with relevant statutes, regulations, and agency administrative requirements; and that federal funds are used responsibly. One component of grant monitoring includes the submission and review of reports.

The following chart summarizes the Non-Federal Entity report submissions, the due dates and submission method:

## <u>Summary of NFE Report Submissions</u>

| | Report Title and Form | Frequency/Due Date | Submission Method |
|---|---|---|---|
| 1. | **FFR using Form SF-425** | Quarterly: 30th day after the end of the prior quarter.<br><br>Final: 30 days after Period of Performance (POP) end date (For annual appropriation, POP will be the grant term October 1, 2024 – September 30, 2027, unless extended in accordance with Article I.a) | grantreports@usagm.gov |
| 2. | **SOD using Template** | Quarter: 30th day of quarter the end of each quarter of the fiscal year<br><br>Final: 30 days after POP end date (For annual appropriation POP will be the grant term October 1, 2024 – September 30 2027 unless extended in accordance with Article I.a) | grantreports@usagm.gov |
| 3. | **Year-End Advance: Preliminary Trial Balance** | **Grant Validation:**<br><u>July 31, 2025</u><br>1.  Audited 2024 Trial Balance<br>2.  Leave activities – including leave payout<br><u>August 30, 2025</u><br>1.  USAGM will send an email for explanation on items that has unusual fluctuation. The grantee must provide explanations within 7 business days<br>**Grant advance:**<br><u>October 7, 2025</u><br>1.  Final August 2025 trial balance<br>2.  September 2025 preliminary trial balance | [cfointernalcontrolsteam@usagm.gov](mailto:cfointernalcontrolsteam@usagm.gov) |

| | | 3. Additional estimates (estimated payroll, travel, commitment estimates and other misc. costs)<br>4. Preliminary SF-425s<br>5. Carry over requests<br>6. Bank statements as of 9/30<br>October 15, 2025<br>  1. Updated September 2025 preliminary trial balance<br>  2. Estimate of "related party" financial transactions with USAGM and the basis for determining the amounts (for the SFFAS 47 disclosure). USAGM will provide the prior year disclosure prior to this date for revisions/confirmations. | |
|---|---|---|---|
| 4. | **Exchange Rate Report (if applicable)** | Quarter: 30th day after the end of each quarter of the fiscal year<br><br>Final: 30 days after POP end date (For annual appropriation POP will be the grant term October 1, 2024 – September 30, 2027, unless extended in accordance with Article I.a) | grantreports@usagm.gov |
| 5. | **Status of Vacancy and Staffing Report** | Vacancy Report: 30th st day after the end of each quarter<br><br>Staffing Report: 30 days after the end of the fiscal year | grantreports@usagm.gov |
| 6. | **Unfunded Liability Template** | Beginning of the fiscal year with updates reported on the monthly financial reports | grantreports@usagm.gov |
| 7. | **Report on Equipment and Equipment Disposition** | 7 days before disposal of equipment; Annual property equipment inventory: 90 days after POP end date (For annual appropriation POP will be the grant term October 1, 2024 – September 30, 2027, unless extended in accordance with Article I.a) | grantreports@usagm.gov or Storage Media |
| 8. | **Other Reviews & Reports** | As Requested | Per Guidance |

Reporting Requirements. The Non-Federal Entity shall provide to USAGM the following monthly and annual reports in accordance with the deadlines indicated in the above table, or as otherwise approved by USAGM.

1. Federal Financial Report (FFR) (SF-425) – Per 2 CFR 200.328, financial reporting is required by all recipients of federal funding. The Office of Management and Budget specifies that grant recipients use this form for financial reporting to track the status of financial data tied to a particular Federal grant award. A separate SF-425 shall be

submitted per Grant Agreement.; USAGM may require a separate SF-425 for special or earmarked funding. Each SF-425 Report will include the Federal Agreement Identification Number (the FAIN) and the fiscal year (FY) of the funding. This report will be submitted until all funding for the specific grant is fully obligated and expended. Additional guidance on the form and content of the SF-425 is included in Attachment J.

2. Statement of Obligations and Disbursements (SOD) Report – for such month, of obligations and cash disbursements in U.S. dollars with the level of detail described in Article VII(a)(3), together with such additional information as USAGM may reasonably request from time to time. As requested by USAGM, the Non-Federal Entity shall justify in detail its use of Grant Funds against items defined in the Approved Financial Plan. Additional guidance on the form and content of the SOD is included in Attachment J.

3. Year-End Advance - 2025 Year-End Trial Balance (TB) and Cash Balance report due by – Schedule of Deliverables provided in "SUMMARY OF NFE REPORT SUBMISSIONS" Table above, bullet 3, for Year-End (YE) Reporting, USAGM in order to prepare the fiscal year-end accruals requires the NFE to provide the trial balance for the year ending September 30, 2025. USAGM understands that the TB will not be final. USAGM may also require the NFE to provide estimated payroll, travel, and other miscellaneous Costs, including commitment numbers. In addition, USAGM will need an estimate of any "related party" financial transactions with USAGM and the basis for determining the amounts. Questions for the Trial Balance report should be directed to e-mail: cfointernalcontrolsteam@usagm.gov.

4. Exchange Rate Report – In the event of a transaction that results in foreign currency exchange rate gain or loss, USAGM requires that the Non-Federal Entity report quarterly providing source documentation per 2 CFR 200.440. Additional guidance on the form and content of the Exchange Rate Report is included in Attachment J.

5. Annual Vacancy Report and Staffing Reports.

   i.    Organizational Chart. The Non-Federal Entity shall submit an Organizational Chart with the first Status of Vacancy and Staffing Report each fiscal year. Should the NFE be reorganized at any point during the fiscal year, NFE will provide USAGM with an updated organizational chart.

   ii.    Annual Vacancy Report. Annual Vacancy Report. Not later than 30 days after the end of each quarter of the fiscal year, the Non-Federal Entity shall submit a report to USAGM listing personnel vacancies as of the end of the quarter. This report should be organized as they appear in associated budget documents such as the Congressional Budget Justification and/or Internet Freedom Spend Plan. The report should include the following: position title, annual salary; date vacant and expected hire date. For the avoidance of doubt, the Annual Vacancy Report is provided to USAGM solely to facilitate USAGM's budget planning and reporting to Congress. Except as otherwise provided in law, USAGM does

not have the authority to fill personnel vacancies. The Non-Federal Entity is not required to seek USAGM approval to fill personnel vacancies.

iii.    Report on Staffing. Not later than 30 days after the end of each fiscal year, the Non-Federal Entity shall submit a report to USAGM listing positions including its domestic and foreign national positions (full- and part-time staff) and contractor positions (full- and part-time staff) filled as of the end of the fiscal year.

e.    Unfunded Liabilities from Previous Year(s). Unfunded liabilities are debt obligations that do not have sufficient funds set aside to pay the debt. There may be certain liabilities of the NFE where the future payment obligations exceed the amount of funds available at a specific time. Examples of unfunded liabilities may include employee annual leave balances and pension and health benefits for retirees. The NFE should provide a list of these liabilities to USAGM at the end of the fiscal year.

f.    Report on Equipment and Equipment Disposition. In accordance with 2 CFR Part 200, the Non-Federal Entity shall submit annually to USAGM an inventory of all equipment and no later than 90 days after the initial grant term ends. Requests for disposition instructions concerning property purchased with Grant Funds with an estimated fair market value (at the time of such disposition) of U.S. $10,000 or more must be submitted to USAGM 7 days in advance of the proposed disposition. If USAGM has not notified the Non-Federal Entity that the disposition is disapproved, the disposition will be deemed approved.

g.    Other Reports and Reviews. The Non-Federal Entity shall prepare and submit to USAGM such other reviews and reports on expenditures and obligations as USAGM may request on a schedule to be provided periodically by USAGM. Consistent with its desire to foster transparency, USAGM's requests will include information regarding the purpose of the request for such other reviews and reports. In the absence of emergency circumstances, and to the extent reasonably practicable, requests for such reviews and reports will be made as far in advance as reasonably necessary.

h.    Site Visits. The USAGM will conduct site visits consistent with the purposes of appropriate grantee oversight consistent with 2 CFR 200.329 to each Non-Federal Entity headquarters site fiscal year, depending on funding, and unless there are findings that merit additional follow-up (e.g., audit findings). The timing of the visits will be coordinated with the appropriate Non-Federal Entity personnel. The USAGM will prepare a checklist of items to review and discuss with the Non-Federal Entity. Site visits will be limited to financial records of expenditure, policies directly related thereto, and equipment purchased with federal funds. Site Visits shall not include review of decision making regarding OTF's selection and funding of service providers. The timing of the visits will be coordinated with the appropriate Non-Federal Entity personnel and shall in no case be performed without providing thirty calendar days' advance written notice to the Non-Federal Entity. In recognition of the sensitive nature of the NFE's work, USAGM and its authorized representatives agree to abide by the NFE's privacy and security procedures for access to records and personnel. After the visit, USAGM will prepare a report that will identify any

observations or areas of improvement

i.  Comparability Studies. The USAGM may perform compensation comparability studies annually. These studies will be used to evaluate the Non-Federal Entities' adherence in providing salary pay and compensation rates that are not in excess of comparable positions under Title 5 of the United States Code, or the foreign relations laws of the United States. The Non-Federal Entity will coordinate with a USAGM Designated Contractor to complete these studies and produce a report.

The study will assess the reasonableness of compensation to include salary, benefits, and other forms of compensation for employees based inside and outside of the United States. The Non-Federal Entity shall, to extent permitted by applicable privacy laws:

1. Provide USAGM or any Designated Contractor with the following compensation components:

    i.  Base Salary/Wages
    ii.  Additional compensation components (overtime and night differentials)
    iii.  Bonuses and Awards
    iv.  Prevalence Benefits to include retirement, health insurance premiums, life insurance, social security and Medicare, short-and long-term disability, commuter benefits, fitness/gym allowances/memberships, parking, perquisites, etc.
    v.  Paid time-off practices (vacation, illness, holidays, etc.)
    vi.  Expatriate practices for those positions identified as eligible for overseas/expatriate benefits.

2. Comply with applicable regulations to agency-funded salary and benefits costs both domestically and globally which are necessary for USAGM to properly exercise its oversight and supervision or other authority under the International Broadcasting Act, or any other provision of law.

3. Follow USAGM or any Designated Contractor instructions applicable to collecting organizational and job position data in different ways – including through interviews and existing job documentation – in order to evaluate the relative scope, complexity, responsibilities and contribution of roles and positions.

Non-Federal Entity shall, where permitted by applicable privacy laws and the Non-Federal Entity's personnel privacy policy, comply with data requests from USAGM or any Designated Contractor, which may include the following additional data regarding pay and benefit practices:

    i.  individual employee data from various human resources systems across the five organizations will be collected and analyzed and may include length of service, location of work and other data points that would be useful for analyzing the data.
    ii.  Current policies across the organization will also be analyzed and summarized.

iii.    Additional compensation components may be collected as determined by the USAGM and USAGM Designated Contractor.

j.   The Non-Federal Entity shall maintain at its principal offices full and complete records and books of account, in accordance with generally accepted accounting principles, covering the financial details applicable to the Grant. The Non-Federal Entity shall maintain separate accountability for funds provided under this Agreement. The Non-Federal Entity shall expend these funds only on the operating costs authorized by this Agreement and in compliance with 2 CFR Part 200, Subpart E (Cost Principles) unless it receives prior written approval of USAGM to do otherwise.

k.   In accordance with 2 CFR 200.308, the Non-Federal Entity shall seek prior approval for the transfer of funds across direct cost line item categories if the cumulative amount of such transfer exceeds or is expected to exceed 10 percent of the total budget as last approved by the Federal awarding agency. The Non-Federal Entity may not transfer Grant Funds among direct costs if the cumulative amount of such transfers exceeds, or is expected to exceed 10 percent of the total budget in the Approved Financial Plan unless otherwise approved by USAGM.

l.   Unless otherwise approved by USAGM, the Non-Federal Entity shall provide five (5) days advance notification of any new contracts exceeding U.S. $500,000 and any new leases exceeding U.S. $200,000. Notification should include and answer the following:

   1.  Purpose of contract/lease;
   2.  Was market research conducted for contract and/or lease;
   3.  Was competition considered for the contract/lease;
   4.  The period of performance of the contract/lease (total number of years, months, etc.);
   5.  The cost associated with the contract/lease (total costs along with annual cost for base year and option years, including, as appropriate, escalation costs).

m.  Return of Funds.

   1.  The Non-Federal Entity shall return to USAGM at the conclusion of the grant term any portion of the Grant Funds that are not required for a legally binding transaction or designated by the Non-Federal Entity for a purpose and in an amount consistent with the Approved Financial Plan.

   2.  Any and all interest earned on Grant Funds provided to the Non-Federal Entity pursuant to this Agreement shall be returned to U.S. Government on an annual basis in accordance with the requirements of 2 CFR 200.305.

   3.  Expenditures by the Non-Federal Entity that are not consistent with the Approved Financial Plan or otherwise permitted by this Agreement shall be recovered by the Non-Federal Entity and promptly refunded to USAGM.

n. Grant Closeout. Closeout is the process, as governed by 2 CFR 200.344, in which USAGM determines that a grant has been fully performed, the established POP has ended, and all administrative actions pertaining to the grant have been completed. Closeout is initiated by the OCFO/B sending notice to the NFE 30 days before the POP of a grant ends, informing the NFE that the grant will be closed out. If there are cases where the grant's POP has been completed and the Grant Agreement should be extended beyond the POP, the OCFO/B will notify the NFE of this change and will coordinate all actions through the USAGM Office of General Counsel (OGC) and the NFE.

1. Any grant funds not obligated and disbursed by USAGM to the NFE at the time the POP expires revert to USAGM. The NFE should not enter into an obligation without receiving the funding first from USAGM.

2. In accordance with 2 CFR 200.344, no later than 120 calendar days after the end date of the POP, the NFE must submit all financial, performance, and other reports as required under this Agreement. Within 120 calendar days after the end date of the POP, the NFE shall liquidate all financial obligations incurred under this Agreement, unless the USAGM authorizes an extension in writing.

4. If the NFE completes all closeout requirements, USAGM shall complete all actions for the closeout no later than one year after the POP end date unless otherwise directed by authorizing statutes.

5. If the NFE does not submit all reports in accordance with 2 CFR 200.344 and this Agreement, USAGM shall proceed to close out with the information available within one year of the POP end date.

6. If the NFE does not submit all reports in accordance with 2 CFR 200.344 within one year of the POP end date, USAGM shall report the NFE's material failure to comply with this Agreement with the OMB-designated integrity and performance system. USAGM may also pursue other enforcement actions per 2 CFR 200.339.

7. A grant is not fully performed if aspects of the approved Financial Plan continue to remain uncompleted, and the Parties agrees that the items are still to be validly completed.

o. No-Year International Broadcasting Operations Funds: USAGM acknowledges that unlike other USAGM grantees, the funds provided to OTF are generally "no-year" funds. (Specifically, they are from a specific sub-account of International Broadcasting Operations Funds which do not have an express statutory limit on the period of availability.) Use of this type of funds does not *per se* obviate any of the requirements set forth in this section or elsewhere in the grant. USAGM will continue to work with OTF to explore the potential creation and implementation of processes and provisions under this grant agreement to maximize appropriate use of this authority to the mutual benefit of OTF operations and USAGM.

p.  Under 2 CFR §200.305, the Non-Federal shall deposit and maintain advance payments of Federal Funds in insured accounts whenever possible. 2 CFR §200.305 also provides that the Non-Federal Entity must maintain such advance payments in interest-bearing accounts. In addition, consistent with 31 CFR §202.6, the Non-Federal Entity must ensure that a Financial Institution receiving public money pledge collateral security in the amount required by the Secretary of Treasury.

Article VIII – REGULATORY COMPLIANCE

a.  The Parties acknowledge and agree that the Parties are subject to all Federal laws and regulations pertaining to federal grants, including the following: 22 U.S.C. §§ 6201 et seq., 31 U.S.C. §§ 7502 and 1352, 41 U.S.C. § 702, 31 U.S.C. § 6301 et seq. (the Federal Grant and Cooperative Agreement Act) and implementing regulations, and 2 CFR Part §200.

b.  Allowability of costs incurred under this Agreement will be determined in accordance with 2 CFR Part §200, pursuant to certain clarifications specified in Attachment B and subject to any exceptions granted by authorization or appropriation laws, or by USAGM, consistent with law and regulation.

c.  The Non-Federal Entity shall comply with the covenants and other contracting provisions set forth in Attachment C.

d.  The Non-Federal Entity shall comply with grant limitations in the International Broadcasting Act and/or any applicable appropriations statute that are applicable to the Non-Federal Entity, including those set forth in Attachment D.

e.  The Non-Federal Entity shall deliver all required certifications identified in Attachment E upon execution of this Grant Agreement.

f.  No Grant Funds may be used for the following purposes:

   1.  to pay any salary or other compensation, or enter into any contract providing for the payment of salary or compensation in excess of the rates established for comparable positions under Title 5 of the United States Code, or the foreign relations laws of the United States.

   2.  to pay first-class travel for any employee of the Non-Federal Entity, or the relative of any employee, except as provided for in 2 CFR, 200.475(e).

g.  The Non-Federal Entity shall comply with all applicable U.S. laws and regulations, including, without limitation, the copyright and other intellectual property rights laws of the United States.

h.  In accordance with 22 USC 6208a(c) and the Further Consolidated Appropriations Act, 2024, section 7050(b), the Non‑Federal Entity shall only support fully open‑source technologies developed under safeguards established by relevant agencies to ensure that such programs are not used for illicit purposes. Supported technologies shall undergo comprehensive security audits to ensure that such technologies are secure and have not been compromised in a manner detrimental to the interest of the United States or to individuals and organizations benefitting from        programs        supported        by        the        Open        Technology        Fund

i.  When engaging outside the United States in activities that require the use of Grant Funds, the Non‑Federal Entity shall exercise due diligence to ascertain the local laws and regulations, and other relevant local circumstances, applicable to the Non‑Federal Entity's activities in the relevant country(ies) where such activities shall be undertaken. In the event that the Non‑Federal Entity becomes subject to any fine, imprisonment, judgment, or other penalty (whether civil, administrative, criminal, or otherwise) in any country as a result of the activities undertaken with the use of the Grant Funds, the Non‑Federal Entity shall notify USAGM in writing of the same as soon as practicable, but, in all cases not later than 7‑days following the NFE discovering any such event,) and shall provide such information as USAGM may request regarding the circumstances of any such penalty.

j.  Consistent with 2 CFR §200.113, the Non‑Federal Entity must disclose, in a timely manner, in writing to the Office of Inspector General (OIG) for the Department of State, with a copy to the USAGM CEO, all violations of Federal criminal law involving fraud, bribery, or illegal gratuities potentially affecting the Federal award. Sub‑recipients must disclose, in a timely manner, in writing to the OIG and to the prime recipient (pass‑through entity) all violations of Federal criminal law involving fraud, bribery, or illegal gratuities potentially affecting the Federal award. Failure to make required disclosures can result in any of the remedies described in §200.33 9. Disclosures must be sent to: U.S. Department of State Office of Inspector General, P.O. Box 9778, Arlington, VA 22219, Website: https://stateoig.gov/hotline Phone: 1‑800‑409‑9926 or 202‑647‑3320

k.  The NFE's agreement to execute work in accordance with 2 CFR 200 includes the specific requirement under 2 CFR 200.217 to comply with whistleblower rights and protections under 41 U.S.C. 4712. The NFE is expected to inform all of its employees of whistleblower rights and protections in writing."

Article IX – FUNDRAISING AND OUTSIDE FUNDING

In carrying out the requirements of 22 USC 6208a, the Parties agree as follows.

The Parties recognize that 2 CFR 200.442(a) prohibits NFE's from using Federal funds to finance external fundraising efforts unless approved in writing by USAGM.  For the avoidance of doubt, OTF is authorized and approved to engage in fundraising efforts in line with the OTF's Authorization Act.

In the spirit of transparency and visibility into OTF's efforts to obtain non-federal funding from outside sources, OTF's Board of Directors agrees to submit to USAGM's CEO a written report certifying that the following are true [each time OTF accepts non-federal funding from an outside source]:

In accordance with the information provided by the OTF CEO to the OTF Board of Directors, comprising a sufficiently detailed description of (1) the Funder(s); (2) any relevant terms and conditions associated with the funding, and (3) the programs(s) for which non-federal funds would be used, OTF is compliant with the following aspects of outside funding oversight:

1. All associations with the Outside Funder are consistent with OTF's professional standards and mission, do not materially risk damaging the reputation of OTF, and are not expected to damage USAGM's interests or reputation.

2. The funding has not influenced OTF's ability to fulfill its mission objectively with respect to future activities of the Funder.

3. No ethical conflicts of interest arose.

4. OTF has used the outside funds received consistent with OTF's mission and the written terms of OTF's engagement with the Outside Funder.

No exception may be made to these conditions without the approval of the CEO of OTF, the OTF Board, and USAGM.

Article X – PERSONNEL SECURITY POLICY

a. Security Policies Generally. The Non-Federal Entity shall adopt and implement such security policies as the Non-Federal Entity indicates are required by federal law, regulation, or Executive Order.

b. Investigations. USAGM is subject to laws, regulations, and Executive Orders that establish policy for security vetting of Federal employees, contractors, and (in certain instances) grantees. Accordingly, employees or contractors of the Non-Federal Entity may be required to undergo investigations conducted by USAGM or other authorized U.S. Government agencies, if both of the following conditions apply:

1. the employee or contractor requires access to Federal space (including any Federally-owned or leased building or its grounds), information (including classified information or other proprietary, non-public information), information technology systems (including any information technology system used or operated by an executive agency, by a contractor of an executive agency, or by another organization on behalf of an executive agency), staff (including any Federal employee or contractor), or other assets of the Federal Government;

   AND

2. the employee or contractor could, by the nature of their access or duties, adversely affect the integrity or efficiency of the Federal Government.

c. <u>Determinations</u>. The Non-Federal Entity has been delegated authority to determine which of its employee or contractor positions meet both conditions (1) and (2) in Article X.b, subject to guidance on making this determination provided by USAGM.

d. <u>Position Designation for Positions Subject to Federal Investigation</u>. Any Non-Federal Entity employee or contractor position that meets both conditions (1) and (2) in Article X.b requires position designation using the Office of Personnel Management's Position Designation Tool. The Non-Federal Entity is required to provide USAGM a position description, statement of work, or equivalent document describing the duties of any positions that require position designation.

e. <u>Investigative Standards for Positions Subject to Federal Investigation</u>. Non-Federal Entity employees and contractors who meet both conditions (1) and (2) as determined by the Non-Federal Entity in compliance with Article X.b, and who are U.S. Citizens or who have lived in the U.S. for at least three years, are subject to the same investigative standards, policies, and procedures as apply to civil service employees. Non-Federal Entity employees and contractors who meet both conditions (1) and (2) in Article X.b, and who have not lived in the U.S. for at least three years, may be subject to alternate investigative standards, policies, and procedures, subject to approval by the Office of Personnel Management and the Office of the Director of National Intelligence.

f. <u>Positions not Subject to Federal Background Investigation</u>. Non-Federal Entity positions that do not meet both conditions (1) and (2) in Article X.b should still receive some pre-employment vetting as a matter of good management. For these positions, any pre-employment vetting is the responsibility of the Non-Federal Entity, which should be conducted by security personnel or a security vendor of the Non-Federal Entity's choice and in accordance with the Non-Federal Entity's security policy.

g. <u>Costs</u>. USAGM is responsible for the cost of the Federal investigations described in Article X.b. The Non-Federal Entity is responsible for any pre-employment vetting described in Article X.f.

h. <u>Responsibility for Personal Data</u>. USAGM and the Non-Federal Entity are individually and separately responsible for complying with applicable privacy and data-protection laws.

<u>Article XI – IT NETWORK SECURITY POLICY</u>

Any material breach of the Non-Federal Entity's IT network security policies, or any incident that materially affects the integrity or operations of the Non-Federal Entity's IT network system, shall be reported to USAGM's Chief Information Officer within twenty-four (24) hours of detection. These violations shall include, but are not limited to, the following:

a. Unauthorized access to any of the social media or web site content management systems used by the Non-Federal Entity that the NFE becomes aware of.

b. Disruption or denial of service for production or distribution systems.

c. Unauthorized modification or removal of the Non-Federal Entity's data that the Non-Federal Entity becomes aware of.

The Non-Federal Entity will comply with USAGM and OMB Regulatory Policy as it applies to grantees. The NFE, to the extent most reasonably practicable, will comply with industry best standards to ensure the security of its computing environment.

Article XII – AUDITS AND INSPECTIONS

a. All records required to be kept in order to comply with the terms and conditions of this Agreement, including financial records, statistical records, bid solicitations, evidence of shipment for commodities and procurement and service contracts, and all other non-federal entity records pertinent to a federal award, shall be maintained by the Non-Federal Entity for a period of at least three (3) years from the date of the submission of the final expenditure report (Final SF-425). These records shall be preserved in a manner that will permit verification of the Non-Federal Entity's compliance with its representations, warranties, and obligations contained in this Agreement, without compromising the privacy or security of the NFE's employees, contractors, or beneficiaries of the NFE's internet freedom efforts. If any litigation, claim or audit is started before the expiration of the 3-year period, the records shall be retained until such litigation, claim or audit has been resolved. In compliance with 2 CFR 200.334(c), the retention period for real property records and records for equipment with a fair market value of $10,000 or more starts with the date of disposition. The retention period for program income records starts at the end of the Non-Federal Entity's fiscal year in which the income is earned in accordance with 2 CFR 200.334(e).

b. The Non-Federal Entity acknowledges the audit requirements set forth in accordance with 2 CFR Part §200 Subpart F (Audit Requirements). The audit package and the data collection form shall be submitted to the Federal Audit Clearinghouse 30 days after receipt of the auditor's report(s), or 9 months after the end of the fiscal year – whichever comes first.

c. Operations of the Non-Federal Entity, as related to use of the Grant Funds, may be audited by the Government Accountability Office (GAO) in accordance with such principles and procedures and under such rules and regulations as may be prescribed by the Comptroller General of the United States. Any such audit shall be conducted at the place or business where accounts of the Non-Federal Entity are normally kept.

d. Representatives of the Government Accountability Office shall have access to all books, accounts, records, reports, files, papers, and property belonging to or in use by the Non-Federal Entity, pertaining to such financial transactions and necessary to facilitate an audit. Such representatives shall be afforded full facilities for verifying transactions with any assets held by depositories, fiscal agents, and custodians. All such books, accounts, records, reports files, papers, and property of the Non-Federal Entity, shall remain in the possession and custody of the Non-Federal Entity.

e. The Non-Federal Entity acknowledges that the Inspector General of the United States Department of State is authorized to exercise the authorities of the Inspector General Act of 1978 with respect to the Non-Federal Entity.

## Article XIII – PERFORMANCE REVIEWS AND OTHER ASSESSMENTS

USAGM's Office of Policy and Research (OPR)/Internet Freedom (IF) is responsible for providing programmatic oversight of OTF's activities. Per the OTF Authorization, OTF will provide OPR/IF an Annual Report, including: 1) an assessment of the current state of global internet freedom, including trends in censorship and surveillance technologies and internet shutdowns, and the threats such pose to journalists, citizens, and human rights and civil-society organizations; and 2) a description of the technology projects supported by the Open Technology Fund and the associated impact of such projects in the prior year, including the countries and regions in which such technologies were deployed, and any associated metrics indicating audience usage of such technologies, as well as future-year technology project initiatives.

## Article XIV – ENSURING SUPPORT FOR AGENCY AND NETWORK NEEDS

a. In accordance with the purpose of the Grant Funds as stated in Article III and elsewhere herein, and in accordance with the commitment to mutual assistance in Article VI, the Non-Federal Entity shall endeavor to provide solutions that meet the needs of the Agency and its Networks, if feasible, including, but not limited to, circumvention tools. The determination of needs and the determination of appropriate solutions shall be carried out in accordance with the process identified in Article XIII(b).

b. In order to ensure that the needs of the Agency and its Networks are sufficiently identified and responded to, and that the solutions are feasible and technically viable, the Parties agree to the following measures:

   1. Each Network may appoint one qualified representative to participate on the Non-Federal Entity's Surge and Sustain Fund Advisory Council. Pursuant to the NFE's Advisory Council's Bylaws, the appointed representatives will directly review, provide feedback, and rank applications submitted to the Non-Federal Entity Surge and Sustain Fund thereby contributing to the selection and approval of tools relevant to meet the Networks' needs.

## Article XV – FAILURE TO COMPLY WITH THE TERMS OF THE GRANT

In the event that the Non-Federal Entity fails to comply with any material term of this Grant, then, upon the decision of the USAGM, USAGM shall have the right to suspend or terminate the Non-Federal Entity's use of the Grant Funds by providing written notice to the Non- Federal Entity in accordance with the provisions in 2 CFR Part 200.

In the event USAGM terminates the Non-Federal Entity's use of Grant Funds, the Non-Federal Entity shall forthwith return any unused portion of the Grant Funds in its possession or control,

and not otherwise contracted to a third-party, to USAGM. Any such termination or suspension shall be without further obligation by USAGM or the United States.

Article XVI – POINTS OF CONTACT

For USAGM, the following person, or anyone otherwise designated by the Chief Executive Officer, shall be deemed to be the points of contact for the Non-Federal Entity with respect to the provisions of this Agreement:

> Roman Napoli
> Chief Financial Officer
> Tel: (202) 309-2019
> Email: rnapoli@usagm.gov

For the Non-Federal Entity, the following persons, or anyone otherwise designated by either of them, shall be deemed to be the points of contact for the Non-Federal Entity with respect to the provisions of this Agreement:

> Laura Cunningham
> President
> Tel: (202) 352-6432
> Email: laura@opentech.fund

Article XVII – AMENDMENTS

The terms of this Agreement may be amended by mutual written consent between USAGM and the Non-Federal Entity.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the day and year specified below:

**OPEN TECHNOLOGY FUND**                 **U.S. AGENCY FOR GLOBAL MEDIA**

BY  *Laura Cunningham*                    BY  Roman G Napoli   Digitally signed by Roman G Napoli
                                              Date: 2025.01.21 20:46:15 -05'00'
Laura Cunningham                          Roman Napoli
President                                 CFO, Acting with the Delegations for
                                          the Chief Executive Officer

DATE  Jan 15, 2025

                                          DATE _____

# ATTACHMENT A

The Board of the Broadcasting Board of Governors (BBG Board) on June 3, 2011, adopted "rules of the road" governing expectations regarding interactions among the elements of United States International Broadcasting (USIB), specifically (i) the federal agency (now called the U.S. Agency for Global Media); (ii) the Voice of America (VOA) and Office of Cuba Broadcasting (OCB); and (iii) USAGM's private Non-Federal Entities: Radio Free Europe/Radio Liberty (RFE/RL), Radio Free Asia (RFA), and Middle East Broadcasting Networks (MBN) (collectively, "Non-Federal Entities"). The Agency structure has changed significantly since then. It is now headed by a Senate Confirmed Chief Executive Officer, and overseen by an Advisory Board. Nevertheless, the core principle of governance set forth therein in still relevant, namely that to fulfill the Agency's statutory mission, the elements of USIB shall work together "in a spirit of collegiality, transparency, mutual respect, and good communication with peers and colleagues," in a manner consistent with the requirement, per 22 USC 6204(b), that the Agency respect the professional independence and integrity of the networks and the other Non-Federal Entities that it sponsors.

# ATTACHMENT B

Allowability of costs incurred under this Agreement will be determined in accordance with 2 CFR Part 200 Subpart E (cost principles) with the following clarifications:

a.  All operating costs are determined to be direct costs.  (See 2 CFR §200.413)
b.  The following expenses, insofar as they are reasonable and necessary to further the purpose of the grant, are authorized. (Relevant paragraphs of 2 CFR §200, are noted in parentheses.)

> 1. Official representation expenses necessary to further the mission of the Non-Federal Entity, are not to exceed the amount in the Approved Financial Plan unless otherwise authorized by USAGM.   (See Department of State Standardized Regulations (DSSR), Section 300 Representation Allowances - - 330 (Prohibitions)

> 2. Capital expenditures for general purpose equipment. (See 2 CFR §200.439)

> 3. Overtime, extra-pay shift, and multi-shift premiums. (See 2 CFR §200.430)

> 4. Participant support costs (See 2 CFR §200.456)

> 5. Costs of legal, accounting, and consulting services, and related costs, incurred in connection with organization and reorganization. (See 2 CFR §200.435; §200.455 & §200.462)

> 6. Public information and relations service costs. (See 2 CFR §200.421)

> 7. Publication and printing costs. (See 2 CFR §200.461)

> 8. The cost of advertising the availability of publications, recordings, or services of the Non-Federal Entity, subject to limitations in applicable law or regulation.

# ATTACHMENT C

1.  COVENANT AGAINST CONTINGENT FEES
    The Non-Federal Entity warrants that no person or selling agency has been employed or retained to solicit or secure this Agreement upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees, bona fide established commercial or selling agencies maintained by Non-Federal Entity for the purpose of securing business. For breach or violation of this warranty, USAGM shall have the right to annul this Agreement without liability or in its discretion to deduct from the Agreement price or consideration, or otherwise recover, the full amount of such commission, percentage, brokerage or contingent fee.

2.  EQUAL OPPORTUNITY

    During the performance of this Agreement, the Non-Federal Entity agrees that it will not discriminate against an employee or applicant for employment because of race, creed, color, sex, national origin, age, or handicap in accordance with all pertinent Federal laws and regulations prohibiting discrimination in employment including, but not limited to, Title VII of the Civil Rights Act of 1964, as amended; 42 U.S.C. 2000e, et seq.; section 504 of the Rehabilitation Act of 1973, as amended; 29 U.S.C. 794; the Age Discrimination Employment Act of 1975, as amended; and 42 U.S.C. 6101, et seq. The provisions of this paragraph shall apply to employment actions including, but not limited to, employment, upgrading, demotion or transfer, recruitment or recruitment advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training, including apprenticeship. The Non-Federal Entity shall continue to include in all solicitations or advertisements for employees placed by or on behalf of the Non-Federal Entity language stating that "Non-Federal Entity is an equal opportunity employer committed to work force diversity."

3.  AIR TRAVEL

    The Non-Federal Entity agrees that all travel paid for with the Grant Funds will comply with the "Fly America Act" (49 U.S.C. § 40118).

4.  CONVICT LABOR

    In connection with the performance of work under this grant, the Non-Federal Entity agrees not to employ any person undergoing sentence of imprisonment except as provided by 18 U.S.C. 3622 and Executive Order No. 11755, December 29, 1973, as amended.

5.  THE NON-FEDERAL ENTITY SHALL COMPLY WITH:

    a.  Title VI of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000d et seq., which prohibits discrimination on the basis of race, color, or national origin in programs and activities receiving Federal financial assistance.

b.      Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. 794, which prohibits discrimination on the basis of handicap in programs and activities receiving Federal financial assistance.

c.      The Age Discrimination Act of 1975, as amended, 42 U.S.C. 6101 et seq., which prohibits discrimination on the basis of age in programs or activities receiving Federal financial assistance.

d.      The 2019 National Defense Authorization Act, section 889(b), which prohibits federal award recipients from using grant funds for certain purposes, and the implementing regulations found at 2 CFR 200.216.

## 6. TRAFFICKING IN PERSONS

a.      Provisions applicable to a recipient that is a private entity.

      i.      You as the recipient, your employees, subrecipients under this award, and subrecipients' employees may not—

            A.      Engage in severe forms of trafficking in persons during the period of time that the award is in effect;

            B.      Procure a commercial sex act during the period of time that the award is in effect; or

            C.      Use forced labor in the performance of the award or subawards under the award.

b.      We as the Federal awarding agency may unilaterally terminate this award, without penalty, if you or a subrecipient that is a private entity —

      i.      Is determined to have violated a prohibition in paragraph a.1 of this award term; or

      ii.     Has an employee who is determined by the agency official authorized to terminate the award to have violated a prohibition in paragraph a.1 of this award term through conduct that is either—

            A.      Associated with performance under this award; or

            B.      Imputed to you or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by this grant award and incorporated herein by reference.

c.    Provision applicable to a recipient other than a private entity. We as the Federal awarding agency may unilaterally terminate this award, without penalty, if a subrecipient that is a private entity—

i.    Is determined to have violated an applicable prohibition in paragraph a.1 of this award term; or

ii.    Has an employee who is determined by the agency official authorized to terminate the award to have violated an applicable prohibition in paragraph a.1 of this award term through conduct that is either—

A.    Associated with performance under this award; or

B.    Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by this grant award and incorporated herein by reference.

d.    Provisions applicable to any recipient.

i.    You must inform us immediately of any information you receive from any source alleging a violation of a prohibition in paragraph a.1 of this award term.

ii.    Our right to terminate unilaterally that is described in paragraph a.2 or b of this section:

A.    Implements section 106(g) of the Trafficking Victims Protection Act of 2000 (TVPA), as amended (22 U.S.C. 7104(g)), and

B.    Is in addition to all other remedies for noncompliance that are available to us under this award.

iii.    You must include the requirements of paragraph a.1 of this award term in any subaward you make to a private entity.

e.    Definitions. For purposes of this award term:

i.    "Employee" means either:

A.    An individual employed by you or a subrecipient who is engaged in the performance of the project or program under this award; or

B.    Another person engaged in the performance of the project or program under this award and not compensated by you including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing or matching requirements.

ii.    "Forced labor" means labor obtained by any of the following methods: the recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

iii.    "Private entity":

A.    Means any entity other than a State, local government, Indian tribe, or foreign public entity, as those terms are defined in 2 CFR 175.25.

B.    Includes:

1.    A nonprofit organization, including any nonprofit institution of higher education, hospital, or tribal organization other than one included in the definition of Indian tribe at 2 CFR 175.25(b).

2.    A for-profit organization.

iv.    "Severe forms of trafficking in persons," "commercial sex act," and "coercion" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).

# ATTACHMENT D

## GRANT LIMITATIONS – OPEN TECHNOLOGY FUND

a.    The headquarters of Open Technology Fund (OTF) and its senior administrative and managerial staff must be in a location which ensures economy, operational effectiveness, and accountability to the USAGM CEO.

b.    Any contract entered into by OTF shall specify that all obligations are assumed by OTF and not by the United States government.

c.    Any lease agreement entered into by OTF shall be, to the maximum extent possible, assignable to the United States Government.

d.    OTF shall make every reasonable effort to ensure that administrative and managerial costs for operation of OTF should be kept to a minimum and, to the maximum extent feasible, should not exceed the costs that would have been incurred if OTF had been operated as a Federal entity rather than as a Non-Federal Entity.

# ATTACHMENT E

1.    CERTIFICATION REGARDING LOBBYING

The Non-Federal Entity shall sign the Certification (Attachment G) Concerning Lobbying Activities that it will comply with 31 U.S.C. § 1352 concerning the use of appropriated funds for lobbying activities. If no appropriated funds have been paid or will be paid for lobby activities, the Non-Federal Entity shall submit Standard Form LLL, "Disclosure of Lobbying Activities."

2.    CERTIFICATION REGARDING DRUG-FREE WORKPLACE REQUIREMENTS

The Non-Federal Entity shall sign the Certification (Attachment H) Regarding Drug Free Workplace Requirements: Drug-Free Workplace Act of 1988 that it will provide a drug-free workplace in accordance with the Drug-Free Workplace Act of 1988, 22 CFR 513, Subpart F.

3.    FEDERAL DEBT STATUS

Under OMB Circular No. A-129, the Non-Federal Entity must certify that it is not delinquent on payment of any Federal debt. The Non-Federal Entity shall sign the Certification (Attachment I) Regarding Federal Debt Status.

4.    DEBARMENT AND SUSPENSION

Executive Order 12549 of February 18, 1986, as clarified by Executive Order 12689 of August 15, 1989, requires uniform Federal rules on non-procurement debarment and suspension from certain transactions with the Government, *except as modified by 22 U.S.C. 6205 (as amended under Public Law 118-159)*. The May 26, 1988, Federal Register (53 Fed. Reg. 19161) contains these rules, which, among other things, require signature by Non-Federal Entities of the Certification (Attachment I) Regarding Debarment and Suspension.

5.    STANDARDS OF ETHICAL CONDUCT

The Non-Federal Entity will publish written policy guidelines, consistent with applicable regulations, on conflict of interest and avoidance thereof. These guidelines will reflect federal laws and must cover financial interest, gifts, gratuities and favors, nepotism, political activity and foreign affiliations, outside employment, and use of company assets. These rules must also indicate how outside activities, relationships, and financial interests are reviewed by the responsible Non-Federal Entity official(s). The Non-Federal Entity will ensure that each employee is given a copy of the policy and notified that, as a condition of employment under the grant, the employee must abide by the terms of the policy.

# ATTACHMENT F

### Certification Concerning Lobbying Activities

The undersigned certifies, to the best of his or her knowledge and belief that:

(1) No federal funds have been paid or will be paid, by or on behalf of the undersigned, to any person influencing or attempting to influence an officer or employee of any U.S. Government agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan or cooperative agreement.

(2) No registrant under the Lobbying Disclosure Act of 1995 has made lobbying contacts on behalf of the undersigned with respect to this grant.

(3) The undersigned shall require that the language of this certification be included in the award documents for all sub-awards at all tiers (including subcontracts, sub-grants and contracts under grants, loans and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was made when this contract was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each failure.

Open Technology fund

*Laura Cunningham*
_____

Laura Cunningham

Jan 15, 2025
_____

Date

# ATTACHMENT G

## Certification Regarding Drug Free Workplace Requirements
## Drug-Free Workplace Act of 1988

The Non-Federal Entity certifies that it will provide a drug-free workplace by (a) publishing a statement notifying employees that the unlawful manufacture, distribution dispensation, possession or use of a controlled substance is prohibited in the Non-Federal Entity's workplace and specifying that action that will be taken against employees for violation of such prohibitions; (b) establishing a drug-free awareness program to inform employees about (1) the dangers of drug abuse in the workplace, (2) the Non-Federal Entity's policy of maintaining a drug-free workplace, (3) any available drug counseling, rehabilitation, and employee assistance programs, and (4) the penalties that may be imposed on employees for drug abuse violations (c) making it a requirement that each employee to be engaged in the performance of the grant be given a copy of the statement required by paragraph (c), (d) notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the grant, the employee will (1) abide by the terms of the statement and (2) notify the employer of any criminal drug statute conviction for a violation occurring in the workplace not later than five days after such conviction ; (e) notifying the agency within ten days after receiving notice under subparagraph (d) (2) from an employee or otherwise receiving actual notice of such conviction; (f) taking one of the following actions with respect to any employee who is so convicted: (1) taking appropriate personnel action against such an employee, up to and including termination, or (2) requiring such an employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and (g) making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).

Open Technology Fund

*Laura Cunningham*

Jan 15, 2025

Laura Cunningham

Date

# ATTACHMENT H

### Certification Regarding Federal Debt Status
(OMB Circular A-129)

The Non-Federal Entity certifies to the best of its knowledge and belief that it is not delinquent in the repayment of any federal debt.

Open Technology Fund

*Laura Cunningham*
_____

Jan 15, 2025
_____

Laura Cunningham                                                   Date

# ATTACHMENT I

## Certification Regarding Debarment and Suspension

The Non-Federal Entity certifies to the best of its knowledge and belief that its principals : (a) are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excided form covered transactions by any Federal department or agency; (b) have not, within a three year period preceding this grant, been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state or local) transaction or contract under a public transaction; violation of Federal or state anti-trust statutes; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements or receiving stolen property; (c) are not presently indicted or otherwise criminally or civilly charged by a governmental entity (Federal, state or local) with any of the offenses enumerated in paragraph (b) of this certification; and (d) have not within a three-year period preceding this grant had one or more public transactions (Federal, state or local) terminated for cause of default.


Open Technology Fund


*Laura Cunningham*                                       Jan 15, 2025
_____                      _____

Laura Cunningham                                        Date

# ATTACHMENT J

Pursuant to Article VII(d), Attachment J provides "additional guidance on the form and content" of the Federal Financial Report (FFR) (SF-425); Statement of Obligations and Disbursements (SOD) Report; Exchange Rate Report; and Unfunded Liabilities Report.

This guidance is intended to be illustrative in nature, and not to supersede any binding provision of law or regulation. To the extent that a specific template or form is not required, any templates provided are intended to be illustrative only as to what may meet the requirements of each of the relevant referenced reports. This guidance replaces any previously issued guidance if otherwise inconsistent with the information herein. The information in this Attachment J is current as of the sooner of September 2023 or the signature date upon this Grant Agreement.

Federal Financial Report (FFR) (SF-425)

- Description:
    - A Federal Financial Report (FFR) is a statement of expenditures associated with a grant. Recipients of federal funds are required to report the status of funds for grants or assistance agreements to the sponsor of the grant using the FFR.
    - 2 CFR § 200.328: Pursuant to 2 CFR § 200.328, USAGM is expected to solicit only the OMB-approved government-wide data elements for collection of financial information (at time of publication the Federal Financial Report [SF-425] or such future, OMB-approved, government-wide data elements available from the OMB-designated standards lead).
    - Background: On October 9, 2008, the Office of Management and Budget (OMB) published the SF-425. Pursuant to the Federal Financial Assistance Management Improvement Act of 1999 (P.L. 106-107), OMB directed that agencies use the SF-425 to replace the SF-269, SF-269A, SF-272, and SF-272A, to report the financial status of grant and cooperative agreement funds and cash transactions using those funds. As of October 1, 2009, all Federal agencies and Federal grant and cooperative agreement recipients were required to use the SF-425 for financial reporting, unless OMB approves otherwise. This requirement remains in 2 CFR 200.328 and OMB standard data elements included in OMB Form 4040-0014.

- Form(s)
    - SF-425 and related forms and instructions are available on www.grants.gov
    - Specific link is as follows: https://www.grants.gov/forms/postaward-fid.html?formId=751

Statement of Obligations and Disbursements (SOD) Report

- Description:
    - The SOD shows the obligations and disbursements made by a NFE during a particular month.

- The SOD is based on the Annual Financial Plan. The SOD should show obligations and disbursements at the same level of detail as the Annual Financial Plan. (See Article VII(a)(3) of Grant Agreement).
  - The expectation is that NFE will be required to submit each SOD by the 30th day after the end of the prior quarter.
  - Obligations and disbursements should be reported in the SOD immediately following the quarter in which the obligations and disbursements being reported were incurred
  - The SOD should accompany the SF-425.

- Form:
  - The completed SOD should be submitted to the OCFO/BA along with an excel version, via email.

*Exchange Rate Report:* The Non-Federal entity is required to make reviews of local currency gains and losses to determine whether the funding provided under the grant falls short or exceeds that needed to carry out the approved program plan.

- Description:
  - This report lists currency exchange rate gain or loss.
  - It is required for any transaction that results in foreign currency exchange rate gain or loss.
  - USAGM requires that the Non-Federal Entity provide any such gain or loss report quarterly.
  - 2 CFR 200.440 describes "adequate source documentation" as being "from a commonly used source in effect at the time the expense was made."
  - Cost increases due to fluctuations in exchange rates would be covered within the funds provided under the current award, which may result in the need to modify the financial plan, subject to approval.
- Prior Approval: Prior approval is not required every time the exchange rate changes and funds under the current Federal award are used to offset the additional costs. Prior Approval related to exchange rate fluctuations is required when the change exceeds what is allowable under the financial plan; and/or would result in an inability to carry out an aspect of an approved program under the financial plan, or otherwise materially impact the scope or objectives of such a project.
- Agency also needs to track exchange rate gains to address parallel issues regarding significant increases in purchasing power, beyond that envisioned in the program or financial plan. Any such instances would also need to be reflected in an amended to the Financial Plan.
- In extraordinary circumstances, the Agency may provide additional funds to offset exchange rate losses, subject to the availability of funds. Among other things, the Anti-Deficiency act prevents the Agency from committing to unspecified obligations, thus any such commitment would need to be capped and in writing.
- The Federal awarding agency must however ensure that adequate funds are available to cover currency fluctuations in order to avoid a violation of the Anti-Deficiency Act.

Unfunded Liabilities Report
- Description
  - There may be times when the NFE's liabilities (future payment obligations) exceed the amount of funds available to them at a specific time.
  - Examples may include:
    - employee annual leave balances
    - Pension and Health benefits for retirees.
  - NFE should provide a list of these to USA GM at the time of the Annual Financial Plan.
  - These should be updated during the PoP based on any changes in obligations/status."

**OTF FY25 Financial Plan**
FY2025 Financial Plan for USAGM
Monthly Requirements

## OTF FY25 Financial Plan (Must Pays - Q2)

| TOTAL - Major Budget Line Items | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | Feb 2025 | Mar 2025 | Total FY25 |
|---|---|---|---|---|---|---|---|
| **Personnel Costs** | | | | | | | |
| Direct Labor (US-Based Staff) | | | | | | | - |
| Local Hires (International Staff) | | | | | | | - |
| Fringe* | | | | | | | - |
| | | | | | | | |
| **Total Personnel Costs** | - | - | - | - | - | - | - |
| | | | | | | | |
| **Non-Personnel Costs** | | | | | | | |
| Contract Obligations | | | | 8,098,178.00 | 8,098,177.00 | 1,499,445 | 17,695,800 |
| Travel & Allowances | | | | | | | - |
| Office Space | | | | | | | - |
| G&A Direct Costs | | | | | | | - |
| Technical Direct Costs | | | | | | | - |
| Capital Expenditures | | | | | | | |
| | | | | | | | |
| **Total Non-Personnel Costs** | - | - | - | 8,098,178.00 | 8,098,177.00 | 1,499,445 | 17,695,800 |
| | | | | | | | |
| **Total Projected Spending** | - | - | - | 8,098,178.00 | 8,098,177.00 | 1,499,445 | 17,695,800 |

USAGM APPROVAL STATEMENT: USAGM Financial Plan Approval applies to
RFA's Operations for January 01, 2025 through February 28, 2025 in the amount
of $16,196,355. Approval of the amounts reflected on this financial plan are not
to be misconstrued as a pro-rated amount of an annual budget for FY 2025. FY
2025 annual budgets will be distributed when a full-year appropriation is
enacted and the FY 2025 USAGM Internet Freedom Spend Plan is finalized.
Initiation of new programs (aka "New Starts") is prohibited under the Continuing
Resolution (CR). Please spend prudently during the CR period.



FINANCIAL PLAN APPROVAL

Roman G
Napoli

Digitally signed by Roman
G Napoli
Date: 2025.01.22
09:14:30 -05'00'

_____
Roman Napoli | CFO
Acting with the Delegations for the CEO

_____
Date