# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OPEN TECHNOLOGY FUND,

               Plaintiff,

v.

KARI LAKE et al.,

               Defendants.

Civil Action No. 1:25-cv-840

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

This matter came before this Court on the Motion for Temporary Restraining Order filed by Plaintiff Open Technology Fund. This Court, having considered the pleadings and other papers filed in this case, and being advised fully herein, now, therefore

IT IS HEREBY ORDERED that:

Plaintiff's Motion for Temporary Restraining Order is GRANTED.

It is further ORDERED that Defendant U.S. Agency for Global Media's ("USAGM") termination of Grant FAIN OT01-25-GO-00001, Grant FAIN OT01-24-GO-00001, and Grant FAIN OT01-23-GO-00001 is unlawful and null and void;

It is further ORDERED that Defendants Kari Lake, Victor Morales, USAGM, and the Office of Management and Budget ("Defendants") shall immediately obligate and disburse to Plaintiff the amount of Plaintiff's congressionally appropriated funds of approximately $655,508 pursuant to the February 26, 2025 drawdown request to USAGM for the period covering March 1–31, 2025.

It is further ORDERED that Defendants shall not impound the Open Technology Fund's congressionally appropriated funds and Defendants must honor subsequent drawdown requests

submitted by the Open Technology Fund made consistent with the USAGM Grant Agreements, USAGM procedure for grantee drawdown requests, the Open Technology Fund's financial plan previously approved by USAGM, and the Congressional appropriations to the Open Technology Fund.

It is further ORDERED that Defendants and their agents take no steps and impose no obligations relating to closing out Plaintiff's grant.

It is further ORDERED that Defendants and their agents take all steps necessary to effectuate this Order, including maintaining sufficient personnel and resources to disburse Plaintiff's congressionally appropriated funds.

It is further ORDERED that Defendants file a status report within 24 hours of the issuance of this Order, apprising the Court of the status of their compliance with this Order, including documentation sufficient to show the disbursement to Plaintiff of the $655,508 requested in the February 26, 2025 drawdown request.

So ORDERED this _____ day of _____, 2025.


_____
[NAME]
United States District Judge

.

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

Kari Lake
Senior Advisor to the Acting CEO
United States Agency for Global Media
Wilbur J. Cohen Federal Building
330 Independence Avenue, SW
Washington, DC 20237

United States Agency for Global Media
Wilbur J. Cohen Federal Building
330 Independence Avenue, SW
Washington, DC 20237

Victor Morales
Acting Chief Executive Officer
United States Agency for Global Media
Wilbur J. Cohen Federal Building
330 Independence Avenue, SW
Washington, DC 20237

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Edward R. Martin Jr.
U.S. Attorney for the District of
Columbia
Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

Diane Kelleher
Joseph Borson
Julia Heiman
Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Patrick O. Daugherty
Anne Lynch
Michael Farber
VAN NESS FELDMAN, LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006

Sophia E. Amberson
Liberty Quihuis
VAN NESS FELDMAN, LLP
1191 Second Avenue
Suite 1800
Seattle, WA 98101

//

//

//

//

//

//

[Proposed] Order Granting Pl.'s Mot. for Temp. Restraining Order – 3
*Open Technology Fund v. Kari Lake et al.*, No. 1:25-cv-840

Presented on this 20th day of March, 2025 by:

VAN NESS FELDMAN, LLP

/s/ Patrick O. Daugherty
Patrick O. Daugherty, D.C. Bar No. 981008
Anne Lynch, D.C. Bar No. 976226
Michael Farber, D.C. Bar No. 449215
            (*Admission Pending*)
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Tel.: 202-298-1800
Email: : pod@vnf.com; alynch@vnf.com;
mfarber@vnf.com


Sophia E. Amberson, WA Bar No. 52528
            (*Pro Hac Vice Forthcoming*)
Liberty Quihuis, WA Bar No. 57779
            (*Pro Hac Vice Forthcoming*)
1191 Second Avenue
Suite 1800
Seattle, WA 98101
Tel.: 206-623-9372
Email:  samberson@vnf.com; lquihuis@vnf.com

*Attorneys for Plaintiff*