IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>                Plaintiff,<br><br>v.<br><br>KARI LAKE et al.,<br><br>                Defendants. | Civil Action No. 1:25-cv-840-RCL<br><br>**SECOND DECLARATION OF LAURA CUNNINGHAM IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Laura Cunningham, declare the following:

1.      I am the president of Open Technology Fund ("OTF"), a private section 501(c)(3) nonprofit organization incorporated in the District of Columbia and authorized under the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021and funded through a congressionally directed grant from U.S. Agency for Global Media ("USAGM"). OTF's mission is to advance internet freedom in repressive environments by supporting the research, development, implementation, and maintenance of technologies that counter censorship and combat repressive surveillance to enable all citizens to exercise their fundamental human rights online.

2.      I joined the OTF team in 2019.  As OTF's President, I am responsible for OTF's strategic development, long-term planning, and day-to-day operations.  I have over a decade of experience working on internet freedom in a variety of capacities for non-profit, donor, and government organizations.  I either have personal knowledge of the facts set forth in this declaration or I know them from OTF business records and my knowledge of the organization's history and operations.

3. I submit this Declaration in Support of the Plaintiff's Reply in Support of Plaintiff's Motion for Temporary Restraining Order filed by counsel. I am of the age of majority and I am competent to make this Declaration.

4. I hereby attest to the authenticity of Exhibit C – OTF FY24 Financial Plan (Revised) as submitted November 25, 2024 and subsequently approved by USAGM on December 13, 2024. The revision was to correct a minor $3 (three dollar) discrepancy in an initial FY24 Financial Plan initially approved by USAGM on September 5, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March 2025 in Washington, D.C.

/s/ *Laura Cunningham*
Laura Cunningham