# EXHIBIT C

## OTF FY24 Financial Plan
FY2024 Financial Plan for USAGM
Monthly Requirements

### OTF FY24 Financial Plan (Revised 11-25-24)

| TOTAL - Major Budget Line Items | May 2024 | Jun 2024 | Jul 2024 | Aug 2024 | Sep 2024 | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Total FY24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Personnel Costs** | | | | | | | | | | | | | | | | | | |
| Direct Labor (US-Based Staff) | | | | | | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,439 | 3,893,246 |
| Local Hires (International Staff) | | | | | | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,569 | 1,194,872 |
| Fringe* | | | | | | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,720 | 1,424,673 |
| **Total Personnel Costs** | - | - | - | - | - | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,728 | 6,512,791 |
| **Non-Personnel Costs** | | | | | | | | | | | | | | | | | | |
| Contract Obligations | 17,667,000 | | | 7,486,953 | 2,635,646 | 3,500,000 | 1,000,000 | 1,601,618 | 1,250,000 | | | | | | | | | 35,141,217 |
| Travel & Allowances | | | | | | | 125,000 | | | 125,000 | | | 125,000 | | | 125,000 | | 500,000 |
| Office Space | | | | | | 7,110 | 14,426 | 14,426 | 14,426 | 14,426 | 14,426 | 14,426 | 14,426 | 14,426 | 14,426 | 14,426 | 14,438 | 165,808 |
| G&A Direct Costs | | | | | | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,163 | 350,000 |
| Technical Direct Costs | | | | | | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 830,184 |
| Capital Expenditures | | | | | | | | | | | | | | | | | | |
| **Total Non-Personnel Costs** | 17,667,000 | - | - | 7,486,953 | 2,635,646 | 3,730,459 | 1,112,775 | 1,714,393 | 1,487,775 | 112,775 | 112,775 | 237,775 | 112,775 | 112,775 | 237,775 | 112,775 | 112,783 | 36,987,209 |
| **Total Projected Spending** | 17,667,000 | - | - | 7,486,953 | 2,635,646 | 4,273,192 | 1,655,508 | 2,257,126 | 2,030,508 | 655,508 | 655,508 | 780,508 | 655,508 | 655,508 | 780,508 | 655,508 | 655,511 | 43,500,000 |

USAGM APPROVAL STATEMENT: USAGM Financial Plan Approval applies to OTF's Operations for December 01, 2024 through September 30, 2026 in the amount of $9,781,701. These amounts are based on the approved Internet Freedom Spend Plan, pursuant to the Consolidated Appropriations Act, 2024 Division F of P.L. 118-47 signed March 23, 2024.



### FINANCIAL PLAN APPROVAL

Amanda Bennett
Digitally signed by Amanda Bennett
Date: 2024.12.13 15:46:21 -05'00'

_____    _____
Amanda Bennett | Chief Executive Officer           Date