IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>　　　　　　Defendants. | No. 1:25-cv-00840-RCL |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF GRANT TERMINATION**

On March 26, 2025, the United States Agency for Global Media ("USAGM") issued the attached letter withdrawing the termination of Plaintiff's grant that is the subject of this lawsuit. *See* Exhibit A. Plaintiff's grant is therefore back into effect. *Id.*

Plaintiff has secured the primary relief—the withdrawal of the termination of its grant agreement—that it requested in the complaint. Now that Plaintiff has received that relief, Defendants' position is that this matter is now moot. At a minimum, in light of the reinstatement of Plaintiff's grant, there is certainly no ongoing "certain and great" irreparable harm that could justify injunctive relief.[1] *Wis. Gas Co. v. Fed. Energy Regul. Comm'n*, 758 F.2d 669, 674 (D.C. Cir. 1985). Defendants therefore request that this Court deny Plaintiff's motion for injunctive relief as moot. Counsel for the Defendants are conferring with counsel for the Plaintiff as to next steps in the case.

---

[1] To the extent this Court determines that this notice is insufficient to resolve the pending motion, Defendants stand on their previously filed brief opposing the motion for a temporary restraining order for purposes of opposing the pending motion.

1

Dated: March 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: abigail.stout@usdoj.gov

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*

# EXHIBIT A



March 26, 2025

Dear Open Technology Fund (Laura Cunningham | laura@opentech.fund),

The March 15, 2025 letter terminating your grant agreement OT01-25-GO-00001 is hereby rescinded.  Grant agreement OT01-25-GO-00001 is therefore back in effect.

This recission is without prejudice to USAGM's authority to terminate the grant at a later date if USAGM were to determine that such termination was appropriate under the applicable law.

Thank you,

*Kari Lake*

Kari Lake
Senior Advisor to the Acting CEO with Authorities Delegated by Acting CEO
klake@usagm.gov
330 Independence Ave SW, Washington, D.C. 20237