UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**OPEN TECHNOLOGY FUND**,

    *Plaintiff*,

v.

**KARI LAKE**, in her official capacity, *et al.*,

    *Defendants*.

Case No. 1:24-cv-840-RCL

**ORDER**

On March 27, 2025 the defendants filed a Supplemental Notice, ECF No. 15, indicating that the letter terminating the plaintiff's grants had been rescinded. Today, the Court held a hearing at which the defendants represented that they had initiated the process of disbursing the funds allocated via the current grant. The defendants further claimed that the money would probably be disbursed within a week, and possibly much sooner.

In lieu of a ruling on the pending Motion for a Temporary Restraining Order, ECF No. 4, the plaintiff consented to an Order requiring the defendant to post regular status updates for seven days or until the funds are disbursed. Given the dynamic situation, the Court deems this to be prudent. Therefore, upon consideration of the plaintiff's Motion for a Temporary Restraining Order, the responses and replies thereto, the parties' representations at the hearings held on March 27, 2025 and March 31, 2025, and the entire record herein, the Court will defer ruling on the Motion for a Temporary Restraining Order at this time. It is hereby

**ORDERED** that the defendants shall file daily status updates, beginning on April 1, 2025, and continuing for seven days or until the $655,508 associated with OTF's March drawdown request is disbursed to the plaintiff, or until the Court orders otherwise. The defendants are advised

that, if the status updates are found to be lacking in sufficient detail or fail to demonstrate adequate progress, the Court will proceed to rule on the Motion for a Temporary Restraining Order.

Date: March __31__, 2025

_____
Royce C. Lamberth
United States District Judge