IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>Plaintiff,<br><br>v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>Defendants. | No. 25-cv-00840-RCL |

## DEFENDANTS' STATUS UPDATE

Consistent with the Court's March 31, 2025 Order, *see* ECF No. 16, Defendants respectfully submit this update on the status of the United States Agency for Global Media's (USAGM's) effort to process and disburse the funding request submitted by Plaintiff Open Technology Fund (OTF) to USAGM on February 26, 2025, for $655,508.

USAGM has completed all of its internal checks and procedures required for USAGM to process payments. USAGM represents that it has sent the payment request to Treasury. Due to the nature of OTF's funding structure, the funds to OTF must be converted to a no year account at Treasury before the funds can be disbursed. USAGM continues to estimate that the payment for $655,508 will be disbursed to OTF on or before April 7, 2025.

Dated: April 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*