IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>      Plaintiff,<br><br> v.<br><br>KARI LAKE, in her official capacity, *et al*.,<br><br>      Defendants. | No. 25-cv-00840-RCL |

## DEFENDANTS' STATUS UPDATE

Consistent with the Court's March 31, 2025 Order, *see* ECF No. 16, Defendants respectfully submit this update on the status of the United States Agency for Global Media's (USAGM's) effort to process and disburse the funding request submitted by Plaintiff Open Technology Fund (OTF) to USAGM on February 26, 2025, for $655,508.

The U.S. Department of the Treasury's Bureau of Fiscal Service (BFS) received the certified payment file from USAGM and processed that file this morning, April 2, 2025. BFS expects that the payment will go out to OTF on April 3, 2025.


Dated:  April 2, 2025       Respectfully submitted,

                YAAKOV M. ROTH
                Acting Assistant Attorney General

                ERIC J. HAMILTON
                Deputy Assistant Attorney General
                Civil Division, Federal Programs Branch

                JOSEPH E. BORSON
                Assistant Branch Director

Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ *Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*