IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>                Plaintiff,<br><br>    v.<br><br>KARI LAKE et al.,<br><br>                Defendants. | Civil Action No. 1:25-cv-840-RCL<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

      Plaintiff, the Open Technology Fund ("OTF"), provides notice to the Court of the withdrawal of its Motion for a Temporary Restraining Order (the "Motion"). ECF 4.

      Since filing the Motion, Defendants have withdrawn the termination of grant agreements. *See* ECF 13 and 15. On April 3, 2025, OTF received from Defendants a payment equal to the amount requested by OTF under its approved Financial Plan for OTF's March operating expenses.

      OTF withdraws the Motion without prejudice to seeking additional relief in a future motion. Notably, on April 1, 2025, OTF submitted its next regular monthly funding request per its Grant Agreements and Financial Plan for OTF's April operational and programmatic expenses and currently awaits Defendant's timely approval and disbursement of OTF's congressionally appropriated funds. Accordingly, no emergency relief from the Court is requested by Plaintiff at this time.

Dated this 3rd day of April 2025.

                Respectfully submitted,

                VAN NESS FELDMAN, LLP

                */s/ Patrick O. Daugherty*
                Patrick O. Daugherty, D.C. Bar No. 981008
                Michael Farber, D.C. Bar No. 449215
                        (*Admission Pending*)
                2000 Pennsylvania Avenue, NW
                Suite 6000
                Washington, DC 20006
                Tel.: 202-298-1800
                Email: pod@vnf.com; mfarber@vnf.com

                Sophia E. Amberson, WA Bar No. 52528, *Pro Hac Vice*
                Liberty Quihuis, WA Bar No. 57779, *Pro Hac Vice*
                1191 Second Avenue
                Suite 1800
                Seattle, WA 98101
                Tel.: 206-623-9372
                Email: samberson@vnf.com; lquihuis@vnf.com

                *Attorneys for Plaintiff*

Notice of Withdrawal of Motion for a Temporary Restraining Order - 2
*Open Technology Fund v. Kari Lake et al.*, No. 1:25-cv-840-RCL

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2025, a true and correct copy of the foregoing was filed using the Court's CM/ECF filing system, which shall send notice to all counsel of record.

/s/ *Patrick O. Daugherty*
Patrick O. Daugherty