IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>            Plaintiff,<br><br>v.<br><br>KARI LAKE et al.,<br><br>            Defendants. | Civil Action No. 1:25-cv-840-RCL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

This matter came before this Court on the Motion for Preliminary Injunction filed by Plaintiff Open Technology Fund ("OTF"). This Court, having considered the pleadings and other papers filed in this case, and being advised fully herein, now, therefore

IT IS HEREBY ORDERED that:

Plaintiff's Motion for Preliminary Injunction is GRANTED.

It is further ORDERED that Defendant U.S. Agency for Global Media's ("USAGM") decision to withhold congressionally appropriated funds due under the Fiscal Year 2024 Grant Agreement is unlawful and null and void;

It is further ORDERED that Defendants Kari Lake, Victor Morales, USAGM, and the Office of Management and Budget ("Defendants") shall immediately obligate and disburse to Plaintiff the amount of Plaintiff's congressionally appropriated funds of approximately $780,508 in fiscal year 2024 funds for the period covering April 1-30, 2025;

It is further ORDERED that Defendants shall obligate and disburse to OTF congressionally appropriated funds on the schedule agreed to by Defendants in OTF's approved fiscal year 2024 financial plan, to wit:

[Proposed] Order Granting Pl.'s Mot. for a Prelim. Inj. – 1
*Open Technology Fund v. Lake*, No. 1:25-cv-840-RCL

- $655,508 in May 2025 operating funds no later than May 5, 2025 or as promptly thereafter as possible if the motion for a preliminary injunction is heard and granted after that date;

- $655,508 in June 2025 operating funds no later than June 5, 2025;

- $780,508 in July 2025 operating funds no later than July 5, 2025;

- $655,508 in August 2025 operating funds no later than August 5, 2025;

- $655,511 in September 2025 operating funds no later than September 5, 2025;

It is further ORDERED that Defendants and their agents take all steps necessary to effectuate this Order, including maintaining sufficient personnel and resources to disburse Plaintiff's congressionally appropriated funds.

It is further ORDERED that Defendants shall file a monthly status reports on the 6th day of each month apprising the Court of USAGM's compliance with this Order including documentation sufficient to show the disbursement to OTF of the funds Congress appropriated.

So ORDERED this _____ day of _____, 2025.

_____<br>[NAME]<br>United States District Judge

.

[Proposed] Order Granting Pl.'s Mot. for a Prelim. Inj. – 2
*Open Technology Fund v. Lake*, No. 1:25-cv-840-RCL

## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

Kari Lake
Senior Advisor to the Acting CEO
United States Agency for Global Media
Wilbur J. Cohen Federal Building
330 Independence Avenue, SW
Washington, DC 20237

United States Agency for Global Media
Wilbur J. Cohen Federal Building
330 Independence Avenue, SW
Washington, DC 20237

Victor Morales
Acting Chief Executive Officer
United States Agency for Global Media
Wilbur J. Cohen Federal Building
330 Independence Avenue, SW
Washington, DC 20237

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Edward R. Martin Jr.
U.S. Attorney for the District of Columbia
Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

Diane Kelleher
Joseph Borson
Julia Heiman
Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Patrick O. Daugherty
Michael Farber
VAN NESS FELDMAN, LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006

Sophia E. Amberson
Liberty Quihuis
VAN NESS FELDMAN, LLP
1191 Second Avenue
Suite 1800
Seattle, WA 98101

//

//

//

//

//

//

[Proposed] Order Granting Pl.'s Mot. for a Prelim. Inj. – 3
*Open Technology Fund v. Lake*, No. 1:25-cv-840-RCL

Presented on this 29th day of April, 2025 by:

VAN NESS FELDMAN, LLP

/s/ Patrick O. Daugherty
Patrick O. Daugherty, D.C. Bar No. 981008
Michael Farber, D.C. Bar No. 449215
            (*Admission Pending*)
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Tel.: 202-298-1800
Email: : pod@vnf.com; mfarber@vnf.com


Sophia E. Amberson, WA Bar No. 52528
            *Pro Hac Vice*
Liberty Quihuis, WA Bar No. 57779
            *Pro Hac Vice*
1191 Second Avenue
Suite 1800
Seattle, WA 98101
Tel.: 206-623-9372
Email:  samberson@vnf.com; lquihuis@vnf.com

*Attorneys for Plaintiff*

[Proposed] Order Granting Pl.'s Mot. for a Prelim. Inj. – 4
*Open Technology Fund v. Lake*, No. 1:25-cv-840-RCL