IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>            Plaintiff,<br><br>v.<br><br>KARI LAKE et al.,<br><br>            Defendants. | Civil Action No. 1:25-cv-840-RCL<br><br>**APRIL 29, 2025 DECLARATION OF LAURA CUNNINGHAM IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

I, Laura Cunningham, declare the following:

1. I am the president of Open Technology Fund ("OTF"), a private section 501(c)(3) nonprofit organization incorporated in the District of Columbia and authorized under the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 and funded through a congressionally directed grant from U.S. Agency for Global Media ("USAGM"). OTF's mission is to advance internet freedom in repressive environments by supporting the research, development, implementation, and maintenance of technologies that counter censorship and combat repressive surveillance to enable all citizens to exercise their fundamental human rights online.

2. This Declaration provides updated information about USAGM's ongoing conduct, OTF's communications with USAGM, and the impact of the ongoing withholding of funds by USAGM.

3. I submit this Declaration in Support of the Motion for Preliminary Injunction filed by counsel. I am of the age of majority and I am competent to make this Declaration.

**Initial Grant Agreement Termination and Withdrawal of Termination**

4. As detailed in my initial Declaration, on March 15, 2025, I received a "Notice of Grant Termination" from Kari Lake, "Senior Advisor to the Acting CEO with Authorities Delegated by Acting CEO." In this Notice, Ms. Lake stated that USAGM "is terminating your federal grant," because "[t]he award no longer effectuates agency priorities."

5. On the date of the termination notice, OTF had three active grant agreements with USAGM: Grant Agreement FAIN OT01-25-GO-00001, Grant Agreement FAIN OT01-24-GO-00001, and Grant Agreement FAIN OT01-23-GO-0001.

6. On March 20, 2025, OTF filed a complaint and a Motion for a Temporary Restraining Order. ECF 1, 4.

7. On March 26, 2025, USAGM sent OTF a letter stating that USAGM had rescinded the March 15, 2025 Notice of Grant Termination. *See* ECF 13 at 4.

8. USAGM confirmed in a subsequent message that the recission letter covered "'any other grants' with USAGM including [OTF's] FY 2023 and FY 2024 grants." *See* ECF 15 at 3. USAGM also asserted "the grants are 'back in effect'" and that USAGM would begin processing OTF's request for March operating funds in the amount of $655,508. *Id.*

9. On April 3, 2025, after confirming that amount of funds requested by OTF for March 2025 operating expenses had been disbursed, OTF's withdrew its Motion for a Temporary Restraining Order. *See* ECF 19.

**USAGM's Continuing Failure to Disburse Congressionally Appropriated Funds**

10. OTF's Grant Agreement FAIN OT01-24-GO-0001 (covering the period October 1, 2023 through September 30, 2026) (the "FY2024 Grant Agreement") was executed on September 9, 2024. The FY2024 Grant Agreement acknowledges that OTF had completed all necessary

consultations—including with the Congress, and that OTF's FY2024 spending plan was approved. Exhibit D.

11. OTF also has an approved FY2024 Financial Plan, which was signed by USAGM's Chief Executive Officer on December 13, 2024. Second Cunningham Decl., Ex. C.[1] Under the Approved FY2024 Financial Plan, OTF and USAGM agreed that $780,508 would be disbursed to cover personnel and non-personnel expenses in April 2025. These funds would normally have been disbursed on or about April 1, 2025. However, USAGM has still not disbursed the congressionally appropriated funds.

**USAGM Proposes Radical Changes to the FY2025 Grant Agreement While Withholding Funds Due under the FY2024 Grant Agreement**

12. On March 28, 2025, USAGM requested that OTF submit an updated financial plan through the end of fiscal year ("FY") 2025. On March 28, 2025, OTF provided updated FY2024 and FY2025 Financial Plans as requested by USAGM and on April 1, 2025 OTF submitted related funding requests as recommended by USAGM staff. USAGM took no action for weeks despite OTF requesting updates on the status of the revised financial plans on April 1, April 3, April 7, and April 10.

13. USAGM and OTF already negotiated and agreed to a grant agreement for FY2025. Grant Agreement FAIN OT01-25-GO-00001, executed on January 21, 2025, covers the period October 1, 2024, through September 30, 2027 (the "FY2025 Grant Agreement"). The FY2025 Grant Agreement is in the amount of $16,196,355, which reflected the pro-rata annual

---

[1] An initial FY2024 financial plan was submitted by OTF to USAGM on July 15, 2024 and subsequently approved by USAGM on September 3, 2024. On December 11, 2024, USAGM notified OTF of a rounding error in the amount of three dollars ($3). On December 13, 2024, USAGM issued a revised financial plan to remediate the discrepancy.

appropriation to OTF for the period covered by the First Continuing Resolution.[2] USAGM also approved a Financial Plan related to the FY2025 Grant Agreement on January 22, 2025.

14. In the FY2025 Grant Agreement, OTF and USAGM agreed that the agreement "shall be amended to comply" with any continuing resolutions passed by Congress. Since the execution of the FY2025 Grant Agreement, no substantive changes in applicable law have occurred. The only necessary change to the approved FY2025 Grant Agreement is to update the Award Total to the amount appropriated by the Third Continuing Resolution, $43,500,000.

15. On April 15, 2025, without approving the pending funding requests, USAGM sent a revised FY2025 Grant Agreement (the "Proposed Amended FY2025 Grant Agreement"). USAGM directed OTF to "provide a signed version of this Grant Agreement . . . **in order to expedite the payment process**." (emphasis in original). This strongly implied that unless OTF agreed to the proposed changes to the FY2025 Grant Agreement, USAGM would continue to unlawfully withhold congressionally appropriated funds, inexplicably including FY2024 funds, from OTF.

16. The Proposed Amended FY2025 Grant Agreement adds requirements that are contrary to law or would effectively prevent OTF from fulfilling its congressional mandates.

17. On April 18, 2025, OTF wrote to Mr. Morales, Ms. Lake, and Mr. Napoli ("USAGM Leadership") and requested that USAGM promptly honor its obligations to disburse **$780,508** pursuant to the approved OTF FY2024 Financial Plan, Grant Agreement, and congressional appropriation. Exhibit E.

---

[2] Congressional appropriations for FY2025 have been made in several installments, including the Continuing Appropriations Act, 2025 ("First Continuing Resolution"), Pub. L. No. 118-83, 138 Stat. 1524 (2024); the American Relief Act, 2025, Pub. L. No. 118-158, 138 Stat. 1722 (2024); and Full Year Continuing Appropriations and Extensions Act, 2025 ("Third Continuing Resolution"), Pub. L. No. 119-4, § 1101(a), 139 Stat. 9, 10-12 (2025).

April 29, 2025 Cunningham Decl. – 4
*Open Technology Fund v. Lake*, No. 1:25-cv-840-RCL

18. On April 21, OTF asked USAGM Leadership to confirm when OTF could expect to receive the $780,508 in April operating funds.

19. On April 23, 2025 OTF again asked USAGM Leadership when it would disburse the $780,508 in April 2025 operating funds.

20. As of the date of this declaration, USAGM has not disbursed the April 2025 operating funds.

21. OTF has also requested a meeting with USAGM Leadership on April 18, 21, and 23 but received no response from the agency until April 28, 2025.

22. USAGM has also cancelled regular budget meetings with OTF. OTF and USAGM's standard operating procedures for the last five years have included weekly meetings to review and discuss budgetary items. After the March 15, 2025 termination notice, those meetings were cancelled. After the recission of the termination notice, those meetings resumed. Recently, on April 22, 2025, USAGM again cancelled all upcoming budget meetings with OTF.

**Ongoing Impact of USAGM's Refusal to Disburse Congressionally Appropriated Funds**

23. Although the FY2024 Grant Agreement and OTF's approved FY2024 Financial Plan remain in effect, USAGM has refused to disburse congressionally appropriated funds to OTF as required. USAGM has also refused to discuss why it is withholding these funds.

24. The operating funds payments are used by OTF to pay its employees' salaries and benefits, including health insurance, and to make quarterly lease payments.

25. If USAGM does not disburse appropriated FY2024 funds, OTF will not be able to effectuate its congressionally authorized mission. Without regular payment of its operating funds from the FY2024 Grant Agreement, OTF will be forced to reprogram FY2024 funds already on hand to meet its essential operating expenses. OTF already operates with lean staffing, using only

approximately 8 percent of its funding to cover operating costs. OTF's FY2024 Grant Agreement permits OTF to reprogram up to 10 percent of its appropriated funds. However, while reprogramming does allow OTF to avoid shutting down (and thereby ending all of OTF's programs), it comes at a significant cost. For each month that OTF uses reprogramming authority to cover operating costs, funds are consumed that could otherwise be used to provide virtual private network ("VPN") access to 7,000,000 people, primarily in Russia, Iran, and Myanmar.

26. Reprogramming is also only a temporary fix. When OTF's reprogramming authority is exhausted, OTF will need to terminate the 23 operational contracts and leases that the organization needs to conduct its operations. While USAGM is shielded from liability for third-party claims for monetary damages, OTF is not afforded such protection. As such, breaching these contracts by defaulting on the financial obligations within them, and/or without the contractually required notice, would expose OTF to claims for monetary damages and/or injunctive relief through no fault of its own.

27. OTF currently has long-term ongoing activities in 60 different countries. Increasingly, digital authoritarianism is being embraced by regimes worldwide in efforts to stymie access to a free and open Internet. A key indicator of this is the rapid increase in the demand for VPNs. In the past, VPNs were not needed in most countries; today VPNs are an essential prerequisite for tens of millions of people to be able to access the uncensored internet safely. If OTF can no longer support critical programs such as VPN access, or even if OTF is viewed as an unreliable partner because of funding risk, worldwide opposition to digital authoritarianism will be substantially weaker, in direct contravention of Congress's mandate and ongoing funding of this critical mission, and those trapped behind authoritarian firewalls will be left stranded and vulnerable to reprisals.

28. When OTF's reprogramming authority is exhausted, OTF will need to terminate the 149 programmatic contracts that it currently has in place to carry out its congressionally mandated mission. Many, if not most, of the employees of these 149 contract partners will be terminated if OTF cannot continue to distribute funds under existing contractual agreements. Many of these project partners are highly skilled developers and security experts who will no longer be able to focus on the challenges presented by authoritarian censorship and information controls, as their work relies exclusively or critically on OTF's funding. Moreover, as a trusted partner to experts operating in countries under authoritarian rule, to continue to fulfill its congressionally mandated mission OTF must protect its contractors, who are frequent cyber targets of hostile adversaries. A denial of funding will put sensitive organizational and contractor information at risk. This will likely jeopardize the safety, and potentially the lives of, a number of OTF's partners. OTF's network of professionals dedicated to internet freedom will be difficult, if not impossible, to rebuild if OTF ceases to exist and/or cannot fund its contracts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April 2025 in Washington, D.C.

/s/ *Laura Cunningham*
Laura Cunningham