# EXHIBIT D

# AMENDMENT 002 TO THE GRANT AGREEMENT
# BETWEEN THE
# U.S. AGENCY FOR GLOBAL MEDIA AND
# OPEN TECHNOLOGY FUND
# FAIN: OT01-24-GO-00001

**GRANT FUNDS TABLE**

|  | FY 2024 PROGRAM PLAN[1] | Previous Award Total | Current Award | New Award Total | Currency gain/(loss) (Informational) |
|---|---|---|---|---|---|
| **Internet Freedom[2]** | $43,500,000 | $17,667,000 | $25,833,000 | $43,500,000 | None Reported |

This Agreement constitutes Amendment number two (002) (The "Amendment") to the Fiscal Year ("FY") 2024 Grant Agreement between **U.S. AGENCY FOR GLOBAL MEDIA** ("USAGM") and **OPEN TECHNOLOGY FUND** ("Non-Federal Entity") signed in May 2024 (the "Grant Agreement"). USAGM hereby grants an additional amount of **$25,833,000** to Non-Federal Entity (NFE) for internet freedom projects for the grant term October 1, 2023, through September 30, 2026, as made available pursuant to the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 of the Further Consolidated Appropriations Act of 2024, H.R. 2882 (Div. F, P.L. 118-47, March 23, 2024) and the corresponding Explanatory Statement (170 Cong. Rec. H1501 at H2087 and H2089, March 22, 2024) and Report(s) (H. Rept. 118-146, and S. Rept. 118-71) and accompanying H.R. 4665 (House bill) and S. 2438 (Senate bill).

WHEREAS funding has been requested by the Non-Federal Entity ("NFE") to maintain operations and the necessary consultations have occurred, including with the Congress, and such plans (FY 2024 Internet Freedom Fund Spend Plan (See Attachment K)) have been finalized pursuant to section 7050, under the "International Broadcasting Operations" heading, of the FY 2024 Further Consolidated Appropriations Act, Public Law 118-47, and as may be applicable, section 7015 and 7062 of that Act.

With the additional amounts granted under this agreement, the total amount USAGM has granted to OTF for FY 2024 is **$43,500,000**.

Except as otherwise expressly provided herein, the other provisions of the FY 2024 Grant Agreement shall remain in full force and effect.

| **OPEN TECHNOLOGY FUND** | **U.S. AGENCY FOR GLOBAL MEDIA** |
|---|---|
| BY *Laura Cunningham* | BY Amanda Bennett (Digitally signed by Amanda Bennett, Date: 2024.09.03 12:30:12 -04'00') |
| Laura Cunningham | Amanda Bennett |
| President | Chief Executive Officer |
| DATE Aug 2, 2024 | DATE _____ |

---

[1] FY 2024 Program Plan Submission to Congress dated May 7, 2024, was submitted with rounded totals, this amount reflects actuals.
[2] FY 2024 Internet Freedom Spend Plan via funding for the Open Technology Fund (OTF) Submission to Congress dated June 21, 2024.

Attachment K[3]

### U.S. Agency for Global Media
### Open Technology Fund (OTF)
### Program Plan Changes

($ in thousands)

| Open Technology Fund | FY 2024 Enacted | FY 2024 Program Plan | Changes |
|---|---:|---:|---|
| **Program Services** | | | |
| Internet Freedom Fund | $ 11,698 | $ 11,698 | |
| Surge and Sustain (Formerly Technology at Scale Fund) | $ 18,877 | $ 18,877 | |
| Rapid Response Fund | $ 1,165 | $ 1,165 | |
| OTF Labs | $ 1,814 | $ 1,814 | |
| Research Fellowships | $ 1,590 | $ 1,590 | |
| USAGM Entity Support | $ 942 | $ 942 | |
| FOSS Sustainabilty Fund | $ 1,693 | $ 1,693 | |
| Programmatic Support | $ 1,343 | $ 1,343 | |
| **Subtotal, Program Services** | $ 39,122 | $ 39,122 | |
| **Administration, Management, and Finance** | | | |
| Mission Support Operations | $ 4,378 | $ 4,378 | |
| **Subtotal, Administration, Management, and Finance** | $ 4,378 | $ 4,378 | |
| **GRAND TOTAL, OTF** | $ 43,500 | $ 43,500 | |

## Detailed FY 2024 Open Technology Fund (OTF) Spend Plan by Program

| OPEN TECHNOLOGY FUND SPEND PLAN FY 2024 | | |
|---|---:|---:|
| Internet Freedom Fund | 11,698,000 | 27% |
| Surge and Sustain Fund | 18,877,000 | 43% |
| Rapid Response Fund | 1,165,000 | 3% |
| FOSS Sustainability Fund | 1,693,000 | 4% |
| OTF Labs | 1,814,000 | 4% |
| Research Fellowships | 1,590,000 | 4% |
| USAGM Entity Support | 942,000 | 2% |
| Programmatic Support | 1,343,000 | 3% |
| **OTF Programmatic Subtotal** | **39,122,000** | **90%** |
| Mission Support Operations | 4,378,000 | 10% |
| **Mission Support Subtotal** | **4,378,000** | **10%** |
| **GRAND TOTAL, OTF** | **43,500,000** | **100%** |

---

[3] Amounts in Program Plan & Internet Freedom Spend Plan Potlucks reflects FY 2024 Appropriated Funds Only.

**OTF FY24 Financial Plan**
FY2024 Financial Plan for USAGM
Monthly Requirements

| TOTAL - Major Budget Line Items | May 2024 | Jun 2024 | Jul 2024 | Aug 2024 | Sep 2024 | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Total FY24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Personnel Costs** | | | | | | | | | | | | | | | | | | |
| Direct Labor (US-Based Staff) | | | | | | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 324,437 | 3,893,246 |
| Local Hires (International Staff) | | | | | | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 99,573 | 1,194,872 |
| Fringe* | | | | | | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 118,723 | 1,424,673 |
| **Total Personnel Costs** | - | - | - | - | - | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 542,733 | 6,512,791 |
| **Non-Personnel Costs** | | | | | | | | | | | | | | | | | | |
| Contract Services | 17,667,000 | | | 7,486,953 | 2,635,646 | 3,500,000 | 1,000,000 | 1,601,618 | 1,250,000 | | | | | | | | | 35,141,217 |
| Travel & Allowances | | | | | | 125,000 | | | 125,000 | | | 125,000 | | | 125,000 | | | 500,000 |
| Office Space | | | | | | 7,111 | 14,427 | 14,427 | 14,427 | 14,427 | 14,427 | 14,427 | 14,427 | 14,427 | 14,427 | 14,427 | 14,427 | 165,808 |
| G&A Direct Costs | | | | | | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 350,000 |
| Technical Direct Costs | | | | | | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 830,184 |
| Capital Expenditures | | | | | | | | | | | | | | | | | | |
| **Total Non-Personnel Costs** | 17,667,000 | - | - | 7,486,953 | 2,635,646 | 3,730,460 | 1,112,776 | 1,714,394 | 1,487,776 | 112,776 | 112,776 | 237,776 | 112,776 | 112,776 | 237,776 | 112,776 | 112,776 | 36,987,209 |
| **Total Projected Spending** | 17,667,000 | - | - | 7,486,953 | 2,635,646 | 4,273,192 | 1,655,508 | 2,257,126 | 2,030,508 | 655,508 | 655,508 | 780,508 | 655,508 | 655,508 | 780,508 | 655,508 | 655,508 | 43,500,000 |

USAGM APPROVAL STATEMENT: USAGM Financial Plan Approval applies to OTF's Operations for August 01, 2024 through September 30, 2026 in the amount of $25,833,000. These amounts are based on the approved Internet Freedom Spend Plan, pursuant to the Consolidated Appropriations Act, 2024 Division F of P.L. 118-47 signed March 23, 2024.



FINANCIAL PLAN APPROVAL

Amanda Bennett — Digitally signed by Amanda Bennett Date: 2024.09.03 12:30:24 -04'00'

Amanda Bennett | Chief Executive Officer          Date

# REFERENCES



330 Independence Avenue SW  |  Washington, DC 20237  |  usagm.gov

June 21, 2024

The Honorable Christopher Coons
Chairman
Subcommittee on State, Foreign Operations, and Related Programs
Committee on Appropriations
United States Senate

Dear Chairman Coons:

On behalf of the United States Agency for Global Media ("USAGM" or "the Agency"), I am pleased to submit the enclosed Internet Freedom Spend Plan for FY 2024. The Agency submits this pursuant to the U.S. Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Division F, P.L. 118-47), as further detailed in House Report (H.Rept. 118-146).

Should you have any questions, please contact Adam Tracy, Director of Congressional Affairs, at atracy@usagm.gov or 202-920-2591.

Sincerely,

Amanda Bennett
Chief Executive Officer

Enclosure

     

U.S. Agency for Global Media
Fiscal Year 2024 Internet Freedom Spend Plan

| Managing Network | FY 2022 Program Plan | FY 2023 Program Plan | FY 2024 Enacted |
|---|---|---|---|
| Open Technology Fund | 27,000,000 | 40,000,000 | 43,500,000 |

Pursuant to the Fiscal Year (FY) 2024 Further Consolidated Appropriations Act, 2024 (FY24 Appropriations Act), P.L. 118-47, the U.S. Agency for Global Media (USAGM) was provided $43,500,000 in no-year funds which shall be for internet freedom (IF) programs. Pursuant to the Act, the agency's funds shall be allocated in accordance with the table included in the explanatory statement, which allocates $43,500,000 to the Open Technology Fund (OTF). This IF spend plan, submitted in compliance with section 7050 of the FY24 Further Consolidated Appropriations Act (P.L. 118-47), and as may be applicable, section 7015 and 7062 of that Act, details OTF's priorities and operations for FY24 funds.

The mission of USAGM is to inform, engage, and connect people around the world in support of freedom and democracy. In furtherance of this mission, the agency's internet freedom program supports, per congressional appropriations guidance, secure access to the free and open internet in some of the world's most restricted environments. In recognition of its decade of successful support of internet freedom programs, Congress authorized OTF as an independent non-profit grantee in 2021. OTF-supported technologies have an established track record enhancing USAGM network digital audience reach and engagement, and journalist safety.

Today, over two-thirds of the world's population live in countries where internet access is restricted, and that number is growing as authoritarians aggressively control, censor, and manipulate online content. The Chinese government alone spends billions of dollars each year to maintain its complex censorship and surveillance apparatus, while Russia and Iran are each making significant investments to build "national intranets." Collectively, these efforts are re-shaping the internet from a shared, global platform to isolated networks of censorship and control, making it increasingly difficult and dangerous for journalists, sources, and audiences to engage in and share fact-based news online.

In this context, internet freedom technologies have become critical information lifelines for people living in authoritarian countries. Over two billion people worldwide regularly use OTF-supported technologies, and as many as 46 million people rely on OTF-supported circumvention tools each month to access the uncensored internet. As USAGM networks implement digital-first distribution strategies for growing online audiences, these technologies are essential for journalists and audiences alike to safely report on and access independent news.

## OPEN TECHNOLOGY FUND

OTF is a private, independent, non-profit authorized under the FY21 National Defense Authorization Act (NDAA, P.L. 116-283) and funded through a Congressionally-directed grant

from USAGM. OTF's mission is to advance internet freedom in repressive environments by supporting the research, development, implementation, and maintenance of open source technologies that provide secure and uncensored access to the internet and counter attempts by authoritarian governments to control the internet and restrict freedom online. The fulfillment of this Congressional mandate, unique within the USAGM ecosystem, is a significant contribution to the digital reach of U.S. global broadcasters operating in closed media environments. Today, over two billion people globally use OTF-supported technology daily, and more than two-thirds of all mobile users have OTF-incubated technology on their devices.

## OBJECTIVES

Consistent with section 7050 of the Further Consolidated Appropriations Act, 2024 (P.L. 118-47), OTF-supported programs:

- **Provide uncensored access to the internet** to individuals living in information restrictive countries, ensuring that they can safely access independent media, including content produced by USAGM networks. This entails the development and deployment of circumvention and shutdown resistant technologies, as well as research and awareness-raising efforts that help circumvention technology stay a step ahead of censors.

- **Protect at-risk populations, including journalists, sources, and audiences from repressive authoritarian surveillance** and digital attacks to ensure that they can safely produce and consume independent, fact-based information. This includes support for privacy-enhancing communication tools, targeted digital security interventions, and other forms of security technology.

## PROGRAMS

To further its mission to advance internet freedom in repressive environments, OTF provides direct funding and support services to individuals and organizations around the world that are addressing threats to internet freedom with technical solutions. OTF solicits project ideas through a fully open and competitive application process. The OTF application process has been designed to reduce barriers to entry and make funding more accessible to a wide scope of qualified individuals and organizations. This process has helped to attract innovative applications from groups who are not typically able to access federal funds, including expert technologists, frontline journalists, human rights defenders, cutting-edge researchers, and digital security specialists.

In order to ensure a high degree of due diligence during application review, OTF implements a multi-stage process through which successful applications are improved and refined to maximize impact and mitigate against illicit use. Through this process, all proposals are reviewed by OTF experts and its all-volunteer Advisory Council: a group of technical, regional, and subject-matter experts from a range of relevant disciplines who provide feedback, guidance, and rankings for all proposals. In addition to ensuring that the most competitive and impactful projects are funded, this multi-stage review process achieves substantial cost savings.

In order to fully support the technology development cycle, OTF provides resources through a variety of implementation mechanisms to enable tailored and comprehensive support to internet

freedom projects. Because internet censorship technology and tactics are constantly evolving and adapting, OTF receives, reviews, and contracts projects on a continual rolling basis.

- **Funds:** OTF provides direct funding to support the applied research, development, implementation, and maintenance of technologies that enable censorship circumvention and enhance user security and privacy online, such as:

  - ***The Surge and Sustain Fund*** supports the user carrying costs of established, large-scale circumvention providers so that USAGM network audiences can securely access independent news in closed media spaces. By isolating the per user cost at pennies per month, OTF is able to affordably maximize the number of supported users: as many as 46 million monthly active users in China, Cuba, Iran, Russia, and other repressive environments. OTF currently has contracts with six providers to address increased demand in USAGM network priority contexts, including Belarus, Cuba, Myanmar, and Turkmenistan. **(Projected FY24 budget: $18,877,000)**

  - ***Internet Freedom Fund (IFF):*** This is the primary mechanism through which OTF provides funding for innovative global internet freedom projects. IFF projects are primarily focused on technology development and implementation but can also include applied research and digital security projects. Projects funded through the IFF typically range from $50,000 - $500,000. **(Projected FY24 budget: $11,698,000)**

  - ***The FOSS Sustainability Fund (FOSSS):*** This is OTF's newest fund, established with matching public-private funds. It ensures that free and open source internet freedom software projects and the communities that sustain them have the resources and support needed to maintain and secure these essential tools over the long term. Projects funded through the FOSSS typically range from $100,000 - $500,000. After an initial pilot round of six projects, OTF launched its first open call for applications which may be supported with FY24 funds. **(Projected FY24 budget: $1,693,000)**

  - ***Rapid Response Fund:*** This fund provides emergency support to independent media outlets, journalists, and human rights defenders who face digital attacks to help them stay safe, get back online, mitigate future attacks, or combat sudden censorship events. **(Projected FY24 budget: $1,165,000)**

- **USAGM Entity Support Program:** OTF will continue to support USAGM network journalists' digital security, tailor innovative solutions for censorship circumvention, provide secure communications channels, and more. FY24 funds will also be used to expand collaboration with the Office of Cuba Broadcasting (OCB) to deploy effective circumvention and digital security strategies to Cuban journalists and audiences. **(Projected FY24 budget: $942,000)**

- **Labs:** In addition to direct funding, OTF provides expert services through four Labs: the Security Lab, the User Experience and Discovery Lab, the Localization Lab, and the Learning Lab. OTF's Labs provide security code audits, usability assessments, engineering support, and the translation and localization of internet freedom tools into over 200

3

languages. These services ensure that the technologies incubated and supported by OTF are secure, accessible, and widely adopted. By coordinating the provision of these services through labs, OTF is able to achieve large economies of scale and bring down the overall cost of providing expert support to internet freedom projects. These services are available to both OTF-funded projects, as well as other important internet freedom efforts, through applications associated with each lab. **(Projected FY24 budget: $1,814,000)**

- **Research Fellowships:** OTF supports cutting-edge applied research projects to better inform solutions to digital authoritarianism. The cost per fellowship averages $84,000. OTF anticipates supporting 15-20 fellows with FY24 resources. **(Projected FY24 budget: $1,590,000)**

- **OTF Program Support:** OTF FY24 program support includes but is not limited to: training; travel for project monitoring, participating in necessary industry conferences to address emerging threats, and collaborations with complementary programs; infrastructure and proposal system maintenance; and other costs related to programmatic efficacy. **(Projected FY24 budget: $1,343,000)**

- **Mission Support Operations:** This covers the cost of OTF staff, fringe benefits, office space, and other general direct costs. **(Projected FY24 budget: $4,378,000)**

| OPEN TECHNOLOGY FUND SPEND PLAN FY 2024 | | |
|---|---|---|
| Internet Freedom Fund | $11,698,000 | 27% |
| Surge and Sustain Fund | $18,877,000 | 43% |
| Rapid Response Fund | $1,165,000 | 3% |
| FOSS Sustainability Fund | $1,693,000 | 4% |
| OTF Labs | $1,814,000 | 4% |
| Research Fellowships | $1,590,000 | 4% |
| USAGM Entity Support | $942,000 | 2% |

| | | |
|---|---|---|
| Programmatic Support | $1,343,000 | 3% |
| **OTF Programmatic Subtotal** | **$39,122,000** | **90%** |
| Mission Support Operations | $4,378,000 | 10% |
| **Mission Support Subtotal** | **$4,378,000** | **10%** |
| **GRAND TOTAL, OTF** | **$43,500,000** | **100%** |

## AREAS OF FOCUS

FY24 funds will allow OTF to continue all core activities listed above and detailed below.

**Sustaining Support for Circumvention Users**

In FY24, OTF received a one-time transfer of $13.2 million from the U.S. Department of State to support additional circumvention users through the Surge and Sustain Fund. This transfer facilitated an increase in supported monthly active users – 46 million – to better meet surging demand.

Absent these funds in FY25, the Surge and Sustain Fund will be reduced by approximately $10 million overall. As a result, OTF will have to cut off over 14 million users in priority USAGM network countries, which will severely impact digital audiences from China, Iran, and Russia. OTF-supported circumvention tools deliver USAGM networks 90% of their Persian-language digital audience; over 50% of their digital audience in China; and enabled historic increases in Russian-language content at key moments during Russia's full-scale invasion of Ukraine.

Despite these funding challenges, overall demand for circumvention tools continues to increase – quadrupling in the last three years. As China exports its censorship regime throughout the Belt and Road and more authoritarians turn to information control systems, this trend is likely to continue.

OTF will continue to work with USAGM networks on cost-effective decentralized circumvention approaches and more targeted publisher-side solutions that shift the circumvention burden away from the end-user. The successful use of mirror sites, replicas of blocked originals, in Russia following the full-scale invasion of Ukraine is one example. These responses are adaptive to changing audience and censor behavior to contribute to more refined digital strategies.

**Combatting CCP Censorship and Repressive Surveillance**

China is among the most information restricted environments in the world due to an increasingly sophisticated censorship and digital surveillance regime. Three decades after erecting the "Great Firewall," China has functionally created a national "intranet" that has replaced the vast majority of the uncensored global internet, severely curtailing the reach of independent journalism and

5

human rights advocates. An important component of China's censorship regime is a deliberate policy to strategically replace (now blocked) foreign platforms with Chinese versions that allow for meta-level censorship and control. Consequently, the "home field" censorship advantage on these platforms is high: authorities are able to block messages in transit without either the sender or recipient knowing. In addition, an expansive surveillance system captures massive amounts of data which can be weaponized to ensure that users self-censor.

In response to these trends and the resulting changes to audience behavior, OTF is pursuing a deliberate investment strategy to prioritize innovative responses to censorship. Support for traditional circumvention solutions will continue to play a central role, along with deployments of publisher-side tools. Funds will also support additional research and test deployments to inform tailored technology development and USAGM network digital audience engagement strategies. Refining a strategic approach to China's censorship and repressive surveillance will continue to be a programmatic priority beyond FY24 as OTF consistently sees cost-efficiency through investments in tools that serve a Chinese market. These are increasingly useful in other digital authoritarian contexts as China exports its censorship capabilities throughout the Belt and Road.

**Supporting the Office of Cuba Broadcasting**

Per Congressional intent, OTF is closely coordinating with OCB to enhance its censorship circumvention strategies and ensure its journalists can work safely online. To this end, OTF has recommended an ambitious plan for FY24 and FY25 that it will work diligently to implement. OTF will continue to support circumvention users through the Surge and Sustain Fund and is planning to deploy additional publisher-side circumvention technologies to increase digital audience engagement in Cuba. OTF is also tailoring and localizing existing privacy and security-enhancing communications tools to be effective news distribution platforms. Lastly, OTF plans to adapt peer-to-peer content caching technology for Cuba that builds on a system that has been successful in Russian-occupied Ukraine to reach audiences during frequent periods of low or no connectivity.

**Enhancing Regional and Local Digital Threat Response**

The global spyware and surveillance industry has grown astronomically over the past decade, posing a significant threat to freedom of expression, independent journalism, democracy, security, and human rights globally. Once only available to a small number of well-resourced autocrats, highly advanced surveillance technologies are now widely accessible to nation-states and other illiberal non-state actors around the globe. The pervasive use of spyware and digital surveillance technologies by authoritarian regimes has made journalists, notably those connected with USAGM networks working in closed spaces, and civil society organizations more vulnerable than ever.
In many countries, civil society organizations are working individually in isolation to identify and mitigate digital threats to their organizations and communities. Few have the resources or expertise to keep up with the pace or sophistication of new surveillance threats. While some groups have stepped forward to investigate and analyze new surveillance tools and techniques, they remain few in number, under-resourced, and cannot respond quickly to the immense volume of new threats spread across different regions. The lack of coordination among civil society organizations and significant research gaps mean that organizations spend too much time and money on digital threats and still often miss important critical vulnerabilities.

OTF will use FY24 resources to further support coordination among civil society organizations to collect, analyze, and ultimately mitigate digital threats and attacks. Funds will be used for regional and local "help desks" to quickly identify and respond to novel digital threats. OTF is developing a strategic approach to incentivize regional and global coordination networks to rapidly alert journalists, human rights defenders, and civil society organizations to identified digital threats and share effective mitigation strategies.

**Operationalizing Shutdown Resilience**

Internet shutdowns continue to pose a significant threat to journalists, human rights defenders, and civil society organizations documenting abuses, organizing to hold governments to account, and more. Repressive states have been able to effectively deploy shutdowns in the last year as a form of control during ongoing protest movements in Iran and elections in Azerbaijan and Pakistan. Sustained restrictions continued to obscure wide scale political oppression in Myanmar and Ethiopia's Tigray region.

In recent years, many of the key technical building blocks necessary to mitigate the worst effects of shutdowns, including a number of OTF-supported peer-to-peer and decentralized messaging and content distribution tools, have made significant progress. However, these technologies require unique deployment models and further usability and feature development to reach their potential to help journalists and civil society communities to stay connected and share information during internet shutdowns. OTF is continuing to iterate and build on investments to ensure that shutdown mitigation tools are effective, usable, and accessible to at-risk users operating in shutdown-prone contexts. Lessons learned through these deployments will in turn further refine and strengthen the development and adoption of shutdown resistant technologies.

**Protecting Free and Open Source Software**

Free and Open Source Software (FOSS) is the foundation of the modern internet, and internet freedom tools around the world rely on these essential technologies to remain secure and effective. However, despite the critical role that open source technologies play as building blocks in the internet freedom ecosystem, their maintenance and sustainability are perpetually under-funded and under-supported, creating the potential for vulnerabilities over the long-term. To help respond to this challenge, OTF launched the FOSS Sustainability Fund to ensure that free and open source software projects and the communities that sustain them have the resources and support needed to maintain and secure these foundational tools. This fund provides a unique opportunity for OTF to match OTF's Congressional funding with non-federal resources and deliver on OTF's mandate to maximize cooperation between the public and private sectors.

In FY24, OTF is modestly increasing resources for internet freedom sustainability through the support of six pilot projects that are informing the first competitive solicitation (projects expected to begin in the first quarter of FY25). OTF financial support will contribute to stability-oriented maintenance; enduring user safety; and adaptive and evolving responses to digital threats. OTF's FY24 funds will support projects that reflect the diversity of problems in the space, as well as different layers of the internet ecosystem, such as core infrastructure, backend libraries, protocols and utilities.

**MONITORING AND EVALUATION**

Monitoring and evaluating the success of OTF projects is key to its ability to make informed, impactful, and cost-effective funding decisions. While projects vary in their individual metrics, all OTF-funded projects must clearly define an intended impact and present metrics for measuring success as part of the multi-stage OTF application process. Moreover, the vast majority of OTF contracts are constructed as pay-for-performance, which is only possible with the hands-on program management and diligence central to the OTF approach. Metrics for each project are approved by the OTF team. For a subset of large circumvention providers, such as those funded through the Surge and Sustain Fund, standardized, validated metrics reflecting unique users are required in order to ensure the overall efficacy and per-user price efficiency of these established circumvention solutions.

**MITIGATING ILLICIT USE**

OTF engages in internet freedom activities with the goal of expanding the ability of individuals to exercise their fundamental freedoms – including rights to freedom of expression, association, and peaceful assembly – for peaceful and democratic ends. OTF's internet freedom program, by its nature, presents new challenges and opportunities for mitigating restrictions on the exercise of fundamental freedoms online.

As with any technology, including a laptop computer or a cellular telephone, there is no absolute way to ensure that the products developed through USAGM internet freedom programs are not used for illicit ends. However, OTF implements a comprehensive illicit use mitigation strategy to minimize the potential for illicit use of supported technologies to the greatest extent possible. OTF carefully considers risk factors in its multi-stage review process and programming efforts and performs extensive due diligence and risk assessments in line with federal government procurement requirements on grantees prior to the issuance of awards.

Additionally, the design and deployment of OTF-supported internet freedom technologies, distribution methods, and networks are geared towards helping individuals in internet-repressive environments, specifically, independent journalists, information seekers, human rights defenders, and other at-risk user groups in societies where speech is severely restricted. OTF re-evaluates its illicit use review process and mitigation strategy on an ongoing basis to ensure it remains relevant and effective. The U.S. Department of State's Bureau of Democracy, Human Rights and Labor (DRL) commissioned such a reevaluation on behalf of DRL and OTF in 2021.

**OVERSIGHT**

USAGM will continue to provide oversight of all OTF activities per the terms of OTF's grant agreement with the agency. Overall oversight responsibility rests with the USAGM Chief Executive Officer. OTF's budget and finances are overseen by USAGM's Office of the Chief Financial Officer.

USAGM established the Office of Internet Freedom (OIF) to provide programmatic oversight of OTF's activities. OIF does not directly implement or manage internet freedom projects or

8