IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>      Plaintiff,<br><br>v.<br><br>KARI LAKE et al.,<br><br>      Defendants. | Civil Action No. 1:25-cv-840-RCL<br><br>**NOTICE REGARDING DEFENDANTS' FAILURE TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

  Defendants have failed to respond to the Plaintiff's motion for a preliminary injunction. Plaintiff Open Technology Fund ("OTF") moved for a preliminary injunction under Federal Rule of Civil Procedure 65 on April 29, 2025. ECF 22. Defendants were served via CM/ECF. LCvR 5.4(d).[1] By rule, Defendants' response to the motion was due on May 6, 2025. LCvR 65.1(c).

  As a result of Defendants' failure to respond, they have waived their right to contest the factual and legal contentions advanced in the motion. *See Fed. Trade Comm'n v. Mallett*, 818 F. Supp. 2d 142, 147 (D.D.C. 2011) (failure to respond to motion for a preliminary injunction leaves the movant's "factual and legal showing uncontested."); *FutureGen Co. v. Carter*, No. 12-cv-0716, 2012 WL 12874177, at *1 (D.D.C. May 21, 2012) (failure to respond "means that plaintiff's factual and legal contentions stand uncontested.").

  Given the already occurring irreparable harms detailed in OTF's motion (*see* ECF 22-1 at 39-44; ECF 22-2, ¶ 25), OTF respectfully requests that the Court decide the pending motion on the papers. In the alternative, OTF requests that the Court set a hearing at the earliest time convenient to the Court.

---

[1] Plaintiff's counsel also contacted Defendants' counsel prior to filing the motion to confer, but Defendants' counsel did not respond.

Notice Re Defs.' Failure to Respond to Pl.'s Mot. for Prelim. Inj. - 1
*Open Technology Fund v. Lake*, No. 1:25-cv-840-RCL

Dated this 7th day of May, 2025.

        VAN NESS FELDMAN, LLP

        <u>/s/ *Patrick O. Daugherty*</u>
        Patrick O. Daugherty, D.C. Bar No. 981008
        Michael Farber, D.C. Bar No. 449215
            (*Admission Pending*)
        2000 Pennsylvania Avenue, NW
        Suite 6000
        Washington, DC 20006
        Tel.: 202-298-1800
        Email: pod@vnf.com; mfarber@vnf.com

        Sophia E. Amberson, WA Bar No. 52528
            *Pro Hac Vice*
        Liberty Quihuis, WA Bar No. 57779
            *Pro Hac Vice*
        1191 Second Avenue
        Suite 1800
        Seattle, WA 98101
        Tel.: 206-623-9372
        Email: samberson@vnf.com; lquihuis@vnf.com

        *Attorneys for Plaintiff*