IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>Plaintiff,<br><br>v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>Defendants. | No. 25-cv-00840-RCL |

**[PROPOSED] ORDER**

The Court, having fully considered Plaintiff's preliminary injunction motion and the parties' respective submissions in support thereof and in opposition thereto, HEREBY ORDERS that the Plaintiff's Motion is DENIED.

IT IS SO **ORDERED**, this _____ day of _____, 2025.

_____
Hon. Royce C. Lamberth
Senior United States District Judge