IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>Plaintiff,<br><br>v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>Defendants. | No. 25-cv-00840-RCL |

**DEFENDANTS' MOTION FOR A ONE DAY EXTENSION
OF TIME, *NUNC PRO TUNC*, TO FILE THEIR OPPOSITION
TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**

The Defendants respectfully ask for an extension of time, *nunc pro tunc*, to submit their opposition to Plaintiff's preliminary injunction motion, ECF No. 22. Under the Local Civil Rule 65.1(c), Defendants' response was due to be submitted by Tuesday, May 6, seven days after Plaintiff had filed it. Undersigned counsel, the line attorney assigned to this case, mistakenly had thought the deadline was Thursday, May 8, and only realized her error today. Counsel prepared and submitted the response as quickly as possible upon realizing her mistake, and apologizes to the Court and Plaintiff for any inconvenience caused by the timing of Defendants' opposition.

Dated: May 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON

- 1 -

- 2 -

        Assistant Branch Director
        Federal Programs Branch

        */s/ Julia A. Heiman*
        JULIA A. HEIMAN (D.C. Bar No. 986228)
        Federal Programs Branch
        U.S. Department of Justice, Civil Division
        1100 L Street, N.W.
        Washington, DC 20005
        Tel. (202) 616-8480 / Fax (202) 616-8470
        julia.heiman@usdoj.gov
        *Attorneys for Defendants*