# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND, <br><br> Plaintiff, <br><br> v. <br><br> KARI LAKE, in her official capacity, *et al.*, <br><br> Defendants. | No. 25-cv-00840-RCL |

## DEFENDANTS' MOTION FOR A ONE DAY EXTENSION OF TIME, *NUNC PRO TUNC*, TO FILE THEIR OPPOSITION TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION

Before the Court is Defendants' Motion for a One Day Extension of Time, *Nunc Pro Tunc*, to File Their Opposition to Plaintiff's Preliminary Injunction Motion. The Court having considered that motion, it HEREBY ORDERED that the Government Defendants' motion is GRANTED, *nunc pro tunc*.

IT IS SO **ORDERED**, this _____ day of _____, 2025.

_____
ROYCE C. LAMBERTH
United States District Judge