**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RFE/RL, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>   Defendants. | No. 25-cv-00799-RCL |
| OPEN TECHNOLOGY FUND,<br><br>   Plaintiff,<br><br> v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>   Defendants. | No. 25-cv-00840-RCL |
| RADIO FREE ASIA,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES, *et al.*,<br><br>   Defendants. | No. 25-cv-00907-RCL |
| MIDDLE EAST BROADCASTING NETWORKS, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES, *et al.*,<br><br>   Defendants. | No. 25-cv-00966-RCL |

# [PROPOSED] ORDER

Before the Court is Defendants' Consent Motion to Continue their Obligation to Respond to Plaintiffs' Complaints Until after the DC Circuit has Issued Guidance.  The Court having considered that motion, it HEREBY ORDERED that the Government Defendants' motion is GRANTED.  The deadline for Defendants' responses to the operative complaints in the above-captioned cases is HEREBY CONTINUED until 14 days after the issuance of the D.C. Circuit's decision in *Radio Free Asia v. United States*, *Middle East Broadcasting Networks, Inc. v. United States*, or in the appeal in the related case of *Widakuswara v. Lake*, providing guidance on the issue of the Court's jurisdiction to address a grantee's claims against United States Agency for Global Media.

IT IS SO **ORDERED**, this _____ day of _____, 2025.

_____
ROYCE C. LAMBERTH
United States District Judge