IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPEN TECHNOLOGY FUND,

    Plaintiff,

v.

KARI LAKE, in her official capacity, *et al.*,

    Defendants.

No. 25-cv-00840-RCL

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THEIR DEADLINE
TO RESPOND TO PLAINTIFF'S COMPLAINT UNTIL JUNE 17, 2025**

Defendants respectfully ask that the Court extend the deadline for their response to Defendant's Complaint until June 17, 2025. Pursuant to Local Civil Rule 7(m), the parties conferred regarding the requested relief, and Plaintiff's counsel indicated Plaintiff does not oppose the requested extension.

Currently, there is some ambiguity around the due date for Defendants' response to the Complaint. On May 19, 2025, this Court granted Defendants' consent motion to extend the deadline for their response to the Complaint in this case, as well as others brought by United States Agency for Global Media [USAGM] grantees, "until 14 days after the issuance of the D.C. Circuit's decision in *Radio Free Asia v. United States*, *Middle East Broadcasting Networks, Inc. v. United States*, or in the appeal in the related case of *Widakuswara v. Lake*, providing guidance on the issue of the Court's jurisdiction to address a grantee's claims against United States Agency for Global Media." ECF No. 29 at 2. In support of their prior consent motion, Defendants explained that it would serve the interest of efficiency—so that the parties and the Court may

1

avoid expending their resources focused on an issue in which binding guidance will imminently be issued by the Court of Appeals—to continue Defendants' obligation to respond to the operative complaint in each case until 14 days after the issuance of the D.C. Circuit's decision. See ECF No. 28.

Defendants had intended, in their prior consent motion, to refer to the forthcoming guidance from the D.C. Circuit's consideration of the pending appeal. However, neither Defendants' motion, nor their proposed order, which the Court adopted, expressly referred to the stay decision or the forthcoming full opinion resolving the pending appeal. Upon realizing the ambiguity—and recognizing that the Order could be read as requiring a response fourteen days after the D.C. Circuit's recent stay order in the above-discussed cases—the Defendants contacted Plaintiffs' counsel to inquire whether they agreed with Defendants' position that the Court's Order granting Defendants' extension should be read as setting the deadline for Defendants' response to the Complaint at 14 after the issuance of the D.C. Circuit's decision on the pending appeal.

Counsel for Plaintiff Open Technology Fund indicated that Plaintiff did not agree with that reading of the Court's Order, but did consent to a motion to extend the deadline for Defendants' response to Plaintiff's Complaint until Tuesday, June 17, 2025.[1] Accordingly, Defendants respectfully ask that the Court extend the deadline for their response to Plaintiffs' Complaint until Tuesday, June 17, 2025.

---

[1] Counsel for Radio Free Europe/Radio Liberty, Radio Free Asia, and Middle East Broadcasting Networks, Inc. all agreed that the Court's order would stay Defendants' obligation to respond to the Complaints in those cases until after the D.C. Circuit's consideration of the pending appeal in the *Widakuswara*, *Radio Free Asia*, and *Middle East Broadcasting Network, Inc.* cases.

2

Dated:  June 11, 2025  Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ *Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov
*Attorneys for Defendants*