**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

OPEN TECHNOLOGY FUND,

        Plaintiff,

  v.

KARI LAKE, in her official capacity, *et al.*,

        Defendants.

No. 25-cv-00840-RCL

**[PROPOSED] ORDER**

The Court having fully considered Defendants' Unopposed Motion to Continue their Deadline to Respond to Plaintiff's Complaint until June 17, 2025, HEREBY ORDERS that the Motion be GRANTED.  Defendants shall have until June 17, 2025, to submit their response to Plaintiff's Complaint.

      IT IS SO ORDERED this _____ day of _____.

 

                                  _____
                                  ROYCE C. LAMBERTH
                                  UNITED STATES DISTRICT JUDGE