IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>                Plaintiff,<br><br>  v.<br><br>KARI LAKE et al.,<br><br>                Defendants. | Civil Action No. 1:25-cv-840-RCL<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL INFORMATION IN SUPPORT OF ITS PENDING MOTION FOR PRELIMINARY INJUNCTION** |

      Plaintiff Open Technology Fund ("OTF") respectfully provides the following update to the Court regarding its pending Motion for Preliminary Injunction. ECF 22. The Motion was filed on April 29, 2025 and argued on May 20, 2025.

      In the three weeks since the hearing, Defendants have failed to make yet another congressionally mandated disbursement to OTF. In fact, the U.S. Agency for Global Media has not distributed any funding to OTF since April 3, 2025, despite its representations that OTF's grant agreements were "back in effect[.]" ECF 13, 15. The total amount that is now past due is $2,091,524 ($780,508 for April, $655,508 for May, and $655,508 for June). *See* ECF 22-3 at 4.

      While the Court has previously continued Defendants obligation to respond to the complaint (ECF 29) and an unopposed motion for a further continuance of that obligation is pending before the Court (ECF 31), those continuances do not affect the relief sought in the pending Motion for Preliminary Injunction, which remains ripe for decision.

      Dated this 13th day of June, 2025.

VAN NESS FELDMAN, LLP

/s/ *Patrick O. Daugherty*
Patrick O. Daugherty, D.C. Bar No. 981008
Michael Farber, D.C. Bar No. 449215
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Tel.: 202-298-1800
Email: pod@vnf.com; mfarber@vnf.com

Sophia E. Amberson, WA Bar No. 52528
    *Pro Hac Vice*
Liberty Quihuis, WA Bar No. 57779
    *Pro Hac Vice*
1191 Second Avenue
Suite 1800
Seattle, WA 98101
Tel.: 206-623-9372
Email: samberson@vnf.com; lquihuis@vnf.com

*Attorneys for Plaintiff*