IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KARI LAKE et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:25-cv-840-RCL<br><br>**OPEN TECHNOLOGY FUND'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

　　　Plaintiff Open Technology Fund moves for summary judgment under Federal Rule of Civil Procedure 56. The grounds for Plaintiff's motion and Plaintiff's response to Defendant's Motion to Dismiss and Motion for Summary Judgment (ECF 33) are set forth in the accompanying memorandum of points and authorities.

　　　Dated this 1st day of July, 2025.　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　VAN NESS FELDMAN, LLP

　　　　　　　　　　　　　　　　　　　　　/s/ *Patrick O. Daugherty*
　　　　　　　　　　　　　　　　　　　　　Patrick O. Daugherty, D.C. Bar No. 981008
　　　　　　　　　　　　　　　　　　　　　Michael Farber, D.C. Bar No. 449215
　　　　　　　　　　　　　　　　　　　　　2000 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　Suite 6000
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　Tel.: 202-298-1800
　　　　　　　　　　　　　　　　　　　　　Email: pod@vnf.com; mfarber@vnf.com

　　　　　　　　　　　　　　　　　　　　　Sophia E. Amberson, WA Bar No. 52528
　　　　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　Liberty Quihuis, WA Bar No. 57779
　　　　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　1191 Second Avenue
　　　　　　　　　　　　　　　　　　　　　Suite 1800
　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　　　Tel.: 206-623-9372
　　　　　　　　　　　　　　　　　　　　　Email: samberson@vnf.com; lquihuis@vnf.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*