IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>Plaintiff,<br><br>v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>Defendants. | No. 25-cv-00840-RCL |

**DEFENDANTS' STATUS UPDATE**

Consistent with the Court's June 20, 2025 Order, *see* ECF No. 35, Defendants respectfully submit this update on the status of the United States Agency for Global Media's (USAGM's) effort to process and disburse funding to Plaintiff Open Technology Fund (OTF) from April through July. Payment for each of those months has been submitted to the Department of the Treasury for review and approval, as of July 1, 2025. The following screenshot from USAGM's financial system reflects confirmation that the payments for OTF, one for each month, were processed:

| Document Number | Title | Document Date | Document Status |
|---|---|---|---|
| GA202506260001 | MBN-25-012 | 06/26/2025 | Processed |
| GA202506260002 | RFA-25-010 | 06/26/2025 | Processed |
| GA202506260004 | OTF-24-012 | 06/26/2025 | Processed |
| GA202506260005 | OTF-24-011 | 06/26/2025 | Processed |
| GA202506260006 | OTF-24-013 | 06/26/2025 | Processed |
| GA202506260003 | OTF-24-010 | 07/01/2025 | Processed |

These payments for OTF were packaged with other payments called a "bulk schedule," and the following screenshot confirms that the bulk schedule was successfully transmitted to Treasury:

```
root@BBG1-MOM-LAWS01:/momentum/pam/logs/outbound
sftp> cd Inbound
sftp> lcd /momentum/USAGMFiles_79/Payment/outbound/xmit
sftp> put FROXK.BBG1.SPR.A*
sftp> ls
FROXK.BBG1.SPR.A250701
sftp> exit
~
~
```

The review process at the Department of the Treasury generally takes approximately two business days. Once Treasury approves the package, USAGM will upload the final disbursement information into the Secure Payment System where a disbursement is made within one day of submission. In light of the federal holiday this week, USAGM expects the funds to be available in OTF's account by early next week.

Dated: July 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000

Email: Abigail.Stout@usdoj.gov

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*