IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>Plaintiff,<br><br>v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>Defendants. | No. 25-cv-00840-RCL |

**DEFENDANTS' CONSENT MOTION TO EXTEND THE DEADLINE FOR THE
REPLY IN SUPPORT OF THEIR MOTION TO DISMISS AND
FOR SUMMARY JUDGMENT TO FACILITATE CONSOLIDATED BRIEFING**

Defendants respectfully request that the Court extend the deadline for their reply in support of their motion to dismiss and for summary judgment, ECF No. 33, to July 15, 2025, the current deadline for their response to Plaintiff's cross-motion for summary judgment, ECF No. 36.

To date, Plaintiff and Defendants have submitted their respective dispositive motions. Dispositive briefing began with Defendants' submission of their combined motion to dismiss and motion for summary judgment, *see* ECF No. 33, and Plaintiff responded with a combined opposition and cross-motion for summary judgment, *see* ECF No. 36. In the interest of efficiency, Defendants seek to consolidate their response to Plaintiff's cross-motion for summary judgment and the reply in support of Defendants' motion to dismiss and for summary judgment, as they anticipate that substantially the same issues will be covered in both submissions. However, under LCvR 7, the deadline for Defendants' reply is July 8, 2025, while the deadline for their response is July 15, 2025. Accordingly, Defendants seek herein to extend

- 1 -

the deadline for the former submission to match the latter.

The parties conferred concerning the relief requested herein and Plaintiff's counsel indicated that Plaintiff consents to the requested extension so that Defendants may file a single combined reply and response to Plaintiff's cross-motion for summary judgment on July 15, 2025.

Dated: July 7, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


/s/ Abigail Stout
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ Julia A. Heiman
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov
*Attorneys for Defendants*

*Attorneys for Defendants*