# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>　　　　　　　Defendants. | No. 25-cv-00840-RCL |

## [PROPOSED] ORDER

　　Before the Court is Defendants' Consent Motion to Extend the Deadline for the Reply in Support of their Motion to Dismiss and for Summary Judgment to Facilitate Consolidated Briefing. The Court having considered that motion, it HEREBY ORDERED that Defendants' motion is GRANTED. The deadline for Defendants' Reply in Support of their Motion to Dismiss and for Summary Judgment is HEREBY extended to July 15, 2025.

　　IT IS SO **ORDERED**, this _____ day of _____, 2025.

_____
ROYCE C. LAMBERTH
United States District Judge