IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPEN TECHNOLOGY FUND,

Plaintiff,

v.

KARI LAKE, in her official capacity, *et al.*,

Defendants.

No. 25-cv-00840-RCL

[~~PROPOSED~~] ORDER

Before the Court is Defendants' Consent Motion to Extend the Deadline for the Reply in Support of their Motion to Dismiss and for Summary Judgment to Facilitate Consolidated Briefing. The Court having considered that motion, it HEREBY ORDERED that Defendants' motion is GRANTED. The deadline for Defendants' Reply in Support of their Motion to Dismiss and for Summary Judgment is HEREBY extended to July 15, 2025.

IT IS SO **ORDERED**, this  9th  day of  July , 2025.

_____
ROYCE C. LAMBERTH
United States District Judge