IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>　　　　　Defendants. | No. 25-cv-00840-RCL |

**DEFENDANTS' STATUS UPDATE**

Consistent with the Court's June 20, 2025 Order, *see* ECF No. 35, Defendants respectfully submit this update on the status of the United States Agency for Global Media's (USAGM's) effort to process and disburse funding to Plaintiff Open Technology Fund (OTF) for August. On July 30, 2025, USAGM and OTF signed payment documentation for the August payment. The payment has been processed through USAGM's financial system and sent to the Department of Treasury, packaged with other payments called a "bulk schedule." The following screenshot confirms that the bulk schedule was successfully transmitted to Treasury:

```
root@BBG1-MOM-LAWS01:/momentum/pam/logs/outbound
sftp> cd Inbound
sftp> lcd /momentum/USAGMFiles_79/Payment/outbound/xmit
sftp> put FROXK.BBG1.SPR.A*
sftp> ls
FROXK.BBG1.SPR.A250731
sftp> exit
```

The review process at the Department of the Treasury generally takes approximately two business days. Once Treasury approves the package, USAGM anticipates submitting the payment for disbursement no later than Monday, August 4. The payment should then be available in OTF's bank account within two to three business days, depending on the bank.

Dated: August 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Abigail Stout
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ Julia A. Heiman
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*