# EXHIBIT F

**OTF FY25 Financial Plan (5% Reduction, rev 9-9-25)**
FY2025 Financial Plan for USAGM
Monthly Requirements

### OTF FY25 Financial Plan

| TOTAL - Major Budget Line Items | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 |
|---|---|---|---|---|---|---|---|---|---|
| **Personnel Costs** | | | | | | | | | |
| Direct Labor (US-Based Staff) | | | | | | | | | |
| Local Hires (International Staff) | | | | | | | | | |
| Fringe* | | | | | | | | | |
| **Total Personnel Costs** | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | |
| **Non-Personnel Costs** | | | | | | | | | |
| Contract Obligations | | | | | | | | | |
| Internet Freedom Fund | | | | | | | | | 12,000,000 |
| Surge and Sustain | 8,098,178 | 8,098,177 | | | | | | | 2,534,923 |
| Rapid Response Fund | | | | | | | | | 1,015,771 |
| OTF Labs | | | | | | | | | 1,381,101 |
| Information Controls Research Program | | | | | | | | | 1,000,000 |
| Broadcasting Entity Support | | | | | | | | | 250,000 |
| FOSS Sustainability Fund | | | | | | | | | 881,218 |
| Travel & Allowances | | | | | | | | | |
| Office Space | | | | | | | | | |
| G&A Direct Costs | | | | | | | | | |
| Technical Direct Costs | | | | | | | | | |
| Capital Expenditures | | | | | | | | | |
| **Total Non-Personnel Costs** | 8,098,178 | 8,098,177 | - | - | - | - | - | - | 19,063,013 |
| | | | | | | | | | |
| **Total Projected Spending** | 8,098,178 | 8,098,177 | - | - | - | - | - | - | 19,063,013 |

| Oct 2025 | Nov 2025 | Dec 2025 | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 | Jun 2026 | Jul 2026 | Aug 2026 | Sep 2026 | Total FY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 327,932 | 313,310 | 313,310 | 298,790 | 298,790 | 298,790 | 298,790 | 298,790 | 298,790 | | | | 2,149,712 |
| 149,370 | 149,370 | 149,370 | 149,370 | 149,370 | 149,370 | 149,370 | 149,370 | 149,370 | | | | 1,045,590 |
| 73,961 | 73,911 | 73,911 | 73,961 | 73,961 | 73,961 | 73,961 | 73,961 | 73,961 | | | | 517,627 |
| | | | | | | | | | | | | |
| **551,263** | **536,591** | **536,591** | **522,121** | **522,121** | **522,121** | **522,121** | **522,121** | **522,121** | **-** | **-** | **-** | **4,757,171** |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | 12,000,000 |
| | | | | | | | | | | | | 18,731,278 |
| | | | | | | | | | | | | 1,015,771 |
| | | | | | | | | | | | | 1,381,101 |
| | | | | | | | | | | | | 1,000,000 |
| | | | | | | | | | | | | 250,000 |
| | | | | | | | | | | | | 881,218 |
| 125,000 | | | 125,000 | | | 42,097 | | | | | | 292,097 |
| 14,263 | 14,620 | 14,620 | 14,620 | 14,620 | 14,620 | 14,620 | 14,620 | 14,620 | | | | 131,223 |
| 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | 29,167 | | | | 262,503 |
| 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | 69,182 | | | | 622,638 |
| | | | | | | | | | | | | |
| **237,612** | **112,969** | **112,969** | **237,969** | **112,969** | **112,969** | **155,066** | **112,969** | **112,969** | **-** | **-** | **-** | **36,567,829** |
| | | | | | | | | | | | | |
| **788,875** | **649,560** | **649,560** | **760,090** | **635,090** | **635,090** | **677,187** | **635,090** | **635,090** | **-** | **-** | **-** | **41,325,000** |

0

| TOTAL - Major Budget Line Items | Internet Freedom Fund | Surge and Sustain | Rapid Response Fund | OTF Labs | Research Fellowships | USAGM Entity Support | FOSS Sustainability Fund | Programmatic Support | Mission Support Operations | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Personnel Costs** | | | | | | | | | | |
| Direct Labor (US-Based Staff) | - | 225,283 | 100,467 | 95,688 | - | - | 95,688 | 425,232 | 1,804,834 | 2,747,192 |
| Local Hires (International Staff) | | - | - | | | | - | 729,261 | 615,069 | 1,344,330 |
| Fringe* | - | 43,439 | 26,262 | 23,211 | - | - | 23,094 | 145,507 | 404,136 | 665,649 |
| **Total Personnel Costs** | - | 268,722 | 126,729 | 118,899 | - | - | 118,782 | 1,300,000 | 2,824,039 | 4,757,171 |
| | | | | | | | | | | |
| **Non-Personnel Costs** | | | | | | | | | | |
| Contract Obligations | 12,000,000 | 18,731,278 | 1,015,771 | 1,381,101 | 1,000,000 | 250,000 | 881,218 | | | 35,259,368 |
| Travel & Allowances | | | | | | | | | 292,097 | 292,097 |
| Office Space | | | | | | | | | 131,223 | 131,223 |
| G&A Direct Costs | | | | | | | | | 262,503 | 262,503 |
| Technical Direct Costs | | | | | | | | | 622,638 | 622,638 |
| Capital Expenditures | | | | | | | | | | - |
| **Total Non-Personnel Costs** | 12,000,000 | 18,731,278 | 1,015,771 | 1,381,101 | 1,000,000 | 250,000 | 881,218 | - | 1,308,461 | 36,567,829 |
| | | | | | | | | | | |
| **Total Projected Spending** | 12,000,000 | 19,000,000 | 1,142,500 | 1,500,000 | 1,000,000 | 250,000 | 1,000,000 | 1,300,000 | 4,132,500 | 41,325,000 |