IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KARI LAKE, in her official capacity, *et al*.,<br><br>　　　　　　Defendants. | No. 25-cv-00840-RCL |

**DEFENDANTS' CONSENT MOTION TO EXTEND THE DEADLINE FOR THEIR RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendants respectfully request, with the consent of Plaintiff, that the Court extend the deadline for their response to Plaintiff's motion for a preliminary injunction, ECF No. 44, by two business days—to October 21, 2025—and to set the deadline for Plaintiff's reply in support of its motion for October 24, 2025.

Defendants request such relief because undersigned counsel is imminently departing from the Department of Justice, on October 14, 2025, and Ms. Stout has transitioned to a different role in the Department such that she is not available to draft the Defendants' opposition in this matter. Thus, the Department will need to recall a line attorney from furlough to work on the opposition to Plaintiff's motion, and that new attorney will need time to become familiar with this case. Additionally, agency employees may need to be recalled from furlough to help gather material for any opposition.

The parties have conferred regarding the relief requested herein—Plaintiff consents to the requested extension for Defendants' response, and requests a deadline for its reply of October 24, 2025. The Defendants join in that request.

Dated:  October 13, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*/s/  Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov
*Attorneys for Defendants*
*Attorneys for Defendants*