IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPEN TECHNOLOGY FUND,

Plaintiff,

v.

KARI LAKE, in her official capacity, *et al.*,

Defendants.

No. 25-cv-00840-RCL

[~~PROPOSED~~] ORDER

Before the Court is Defendants' Consent Motion to Extend the Deadline for their Response to Plaintiff's Motion for a Preliminary Injunction. The Court having considered that motion, it HEREBY ORDERED that Defendants' motion is GRANTED. The deadline for Defendants' response to Plaintiff's motion for a preliminary injunction is HEREBY extended to October 21, 2025. Plaintiff shall file any reply by October 24, 2025.

IT IS SO **ORDERED**, this __14th__ day of __October__, 2025.

_____
ROYCE C. LAMBERTH
United States District Judge