IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>        Plaintiff,<br><br>  v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>        Defendants. | No. 25-cv-00840-RCL |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

  Please take notice that undersigned attorney Eitan R. Sirkovich, of the United States Department of Justice, hereby enters his appearance as counsel for Defendants.

Date:  October 21, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　　　ERIC J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　　　JOSEPH E. BORSON
　　　　　　　　　　　　　　　　　　　　　　Assistant Branch Director
　　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　　　*/s/ Eitan R. Sirkovich*
　　　　　　　　　　　　　　　　　　　　　　EITAN R. SIRKOVICH
　　　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 90030102)
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　1100 L Street, N.W.

          Washington, DC  20005
          Tel. (202) 353-5525
          Eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendants*