IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARI LAKE et al.,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-840-RCL<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR FURTHER PRELIMINARY INJUNCTIVE RELIEF** |

　　　　Plaintiff Open Technology Fund respectfully seeks leave to file a supplemental declaration in support of Plaintiff's Motion for a Preliminary Injunction under Local Civil Rule 65.1(c). The supplemental declaration of Laura Cunningham, President of OTF, is attached as Exhibit A to this Motion. Pursuant to Local Civil Rule 7(m), counsel for Plaintiff has contacted counsel for Defendants, who have stated that Defendants do not oppose Plaintiff's Motion for Leave to File but reserve the right to seek leave to file a response.

　　　　"Courts have the discretion to allow parties to supplement the record of a case." *Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003) (collecting cases). The exercise of this Court's discretion is warranted here, where the proposed supplemental declaration responds to the factual contentions raised in the Smith Declaration filed by Defendants on October 21, 2025, including its characterization of events occurring after the filing of the pending motion for preliminary injunctive relief. *See* ECF 48-1, ¶ 12 (describing USAGM's actions on October 21, 2025).

　　　　Accordingly, OTF respectfully requests that the Court grant leave to file the Supplemental Declaration.

Mot. for Leave to File Suppl. Decl. - 1
*Open Technology Fund v. Kari Lake et al.*, No. 1:25-cv-840-RCL

Dated this 24th day of October, 2025.

        VAN NESS FELDMAN, LLP

        /s/ *Patrick O. Daugherty*
        Patrick O. Daugherty, D.C. Bar No. 981008
        Michael Farber, D.C. Bar No. 449215
        2000 Pennsylvania Avenue, NW
        Suite 6000
        Washington, DC 20006
        Tel.: 202-298-1800
        Email: pod@vnf.com; mfarber@vnf.com

        Sophia E. Amberson, WA Bar No. 52528
            *Pro Hac Vice*
        Liberty Quihuis, WA Bar No. 57779
            *Pro Hac Vice*
        1191 Second Avenue
        Suite 1800
        Seattle, WA 98101
        Tel.: 206-623-9372
        Email: samberson@vnf.com; lquihuis@vnf.com

        *Attorneys for Plaintiff*