UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>*Plaintiff,*<br><br>v.<br><br>KARI LAKE, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00840-RCL |

### ORDER

Upon consideration of the plaintiff's Motion for Further Preliminary Injunction and Memorandum in Support thereof [ECF Nos. 44, 44-1], the defendants' Memorandum in Opposition [ECF No. 48], the plaintiff's Reply [ECF No. 49], and the entire record, it is hereby **ORDERED** that the parties shall file supplemental memoranda of no more than 20 pages addressing the extent to which the Supreme Court's ruling in *National Institutes of Health v. American Public Health Association*, 145 S. Ct. 2658 (2025), and subsequent cases,[1] affects the Court's jurisdiction to grant the Motion. If any party to the related cases wishes to file an amicus brief, the Court will grant leave to do so. The following schedule shall govern such proceedings:

| Deadline | Date |
|---|---|
| Leave to File Amicus Brief | October 31, 2025 |
| Plaintiff's Supplemental Memorandum | November 5, 2025 |
| Amicus Briefs Due, if requested | November 7, 2025 |
| Defendants' Supplemental Memorandum | November 12, 2025 |
| Hearing on Motion | November 14, 2025 |

**SO ORDERED.**

Date: October 28, 2025

                                                                Royce C. Lamberth
                                                                United States District Judge

---

[1] *See, e.g., Climate United Fund v. Citibank, N.A.*, No. 25-5122, 2025 WL 2502881 (D.C. Cir. Sept. 2, 2025); *Am. Ass'n. of Physics Teachers, Inc.*, No. 25-cv-1923-JMC, 2025 WL 2615054 (D.D.C. Sept. 10, 2025).