UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>       *Plaintiff*,<br><br>v.<br><br>KARI LAKE et al.,<br><br>       *Defendants*. | Case No. 1:25-cv-840-RCL |

**MOTION OF RFE/RL, INC. FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE***

  Pursuant to Local Civil Rule 7(o), RFE/RL, Inc. ("RFE/RL") respectfully requests leave to file a brief as *amicus curiae* in accordance with this Court's October 28, 2025 order. *See* ECF 51. This Court requested supplemental briefing "addressing the extent to which the Supreme Court's ruling in *National Institutes of Health v. American Public Health Association*, 145 S. Ct. 2658 (2025), and subsequent cases, affects the Court's jurisdiction to grant" Plaintiff Open Technology Fund's motion for a preliminary injunction. *Id.* This Court went on to note that "[i]f any party to the related cases wishes to file an amicus brief, the Court will grant leave to do so." *Id.* RFE/RL is a party in the related case *RFE/RL, Inc. v. Lake*, No. 1:25-cv-799-RCL, and thus wishes to file an amicus brief in this case. Plaintiff and Defendants have consented to this motion.

  For the foregoing reasons, RFE/RL respectfully requests that this Court grant RFE/RL's motion for leave to participate as *amicus curiae*.

October 31, 2025                                  Respectfully submitted,

                                                    /s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
David M. Zionts (D.C. Bar No. 995170)
Thomas Brugato (D.C. Bar No. 1013523)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
dzionts@cov.com
tbrugato@cov.com

*Attorneys for Amicus Curiae RFE/RL, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

    Respectfully submitted,

    /s/ Marney L. Cheek
    Marney L. Cheek (D.C. Bar No. 470596)
    COVINGTON & BURLING LLP
    850 Tenth Street NW
    Washington, DC 20001-4956
    (202) 662-6000
    mcheek@cov.com

    *Attorney for Amicus Curiae RFE/RL, Inc.*