**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>KARI LAKE et al.,<br><br>*Defendants*. | Case No. 1:25-cv-840-RCL |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF *AMICUS CURIAE***

Upon consideration of the Motion of RFE/RL, Inc. for Leave to Participate as *Amicus Curiae*, it is hereby **ORDERED** that the motion is **GRANTED**. Per this Court's October 28, 2025 order, *see* ECF 51, RFE/RL, Inc. shall file its brief *amicus curiae* on or before November 7, 2025.

**IT IS SO ORDERED.**

_____

Royce C. Lamberth
United States District Judge

Date: November \_\_\_\_, 2025