AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Open Technology Fund | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00840 |
| Kari Lake et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RFE/RL, Inc.

Date:   10/31/2025

/s/ Marney L. Cheek
*Attorney's signature*

Marney L. Cheek (D.C. Bar No. 470596)
*Printed name and bar number*

Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
*Address*

mcheek@cov.com
*E-mail address*

(202) 662-5267
*Telephone number*

(202) 778-5267
*FAX number*