AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Open Technology Fund ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-CV-00840 |
| Lake, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Radio Free Asia and Middle East Broadcasting Networks.

Date: 10/31/2025

/s/ Jeremy S. Kreisberg
*Attorney's signature*

Jeremy S. Kreisberg 1048346
*Printed name and bar number*

MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW, Suite 500E
Washington, DC 20001

*Address*

Jeremy.Kreisberg@mto.com
*E-mail address*

(202) 220-1100
*Telephone number*

(202) 220-2300
*FAX number*