AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | | |
|---|---|---|---|
| Open Technology Fund | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:25-CV-00840 |
| Lake, et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Radio Free Asia and Middle East Broadcasting Networks                                        .

Date:     10/31/2025

/s/ Ginger D. Anders
*Attorney's signature*

Ginger D. Anders 494471
*Printed name and bar number*

MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW, Suite 500E
Washington, DC 20001

*Address*

ginger.anders@mto.com
*E-mail address*

(202) 220-1100
*Telephone number*

(202) 220-2300
*FAX number*