UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>　　　　　*Defendants*. | No. 1:25-cv-00840-RCL |

### CONSENT MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* RADIO FREE ASIA AND MIDDLE EAST BROADCASTING NETWORKS

Pursuant to Local Civil Rule 7(o), Radio Free Asia and Middle East Broadcasting Networks respectfully move for this Court's permission to file a brief as *amici curiae* consistent with this Court's order of October 28, 2025. ECF 51. This Court requested briefing "addressing the extent to which the Supreme Court's ruling in *National Institutes of Health v. American Public Health Association*, 145 S. Ct. 2658 (2025), and subsequent cases, affects the Court's jurisdiction to grant" Plaintiff Open Technology Fund's Motion for Further Preliminary Injunction. *Id.* The Court further stated that "[i]f any party to the related cases wishes to file an amicus brief, the Court will grant leave to do so." *Id.* Radio Free Asia and Middle East Broadcasting Networks are plaintiffs in related cases before this Court. *See* No. 25-cv-907-RCL (Radio Free Asia); No. 25-cv-966-RCL (Middle East Broadcasting Networks). They therefore have an interest in how this Court resolves any question about its jurisdiction to grant relief. Local Civ. R. 7(o)(2). Both Plaintiff and Defendants have consented to this motion.

For the foregoing reasons, Radio Free Asia and Middle East Broadcasting Networks respectfully requests that this Court grant their motion for leave to file a brief as *amici curiae*.

1

October 31, 2025                                        Respectfully submitted,

/s/ Ginger D. Anders
Ginger D. Anders (D.C. Bar. No. 494471)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Ginger.Anders@mto.com
Jeremy.Kreisberg@mto.com

*Attorneys for Radio Free Asia and*
*Middle East Broadcasting Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the Court's CM/ECF filing system, which will send notifications to all counsel of record.

                    Respectfully submitted,

                    /s/ Ginger D. Anders
                    Ginger D. Anders (D.C. Bar. No. 494471)
                    Jeremy S. Kreisberg (D.C. Bar No. 1048346)
                    MUNGER, TOLLES & OLSON LLP
                    601 Massachusetts Avenue, NW, Suite 500E
                    Washington, D.C. 20001
                    (202) 220-1100
                    Ginger.Anders@mto.com
                    Jeremy.Kreisberg@mto.com

                    *Attorneys for Radio Free Asia and*
                    *Middle East Broadcasting Networks, Inc.*