UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>　　　　　　*Defendants*. | No. 1:25-cv-00840-RCL |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF *AMICI CURIAE***

　　Upon consideration of the Motion of Radio Free Asia and Middle East Broadcasting Networks for Leave to File Brief of *Amici Curiae*, it is hereby **ORDERED** that the Motion is **GRANTED**. Per this Court's order of October 28, 2025, ECF 51, Radio Free Asia and Middle East Broadcasting Networks shall file their *amici curiae* brief on or before November 7, 2025.

　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: November __, 2025

1

October 31, 2025										Respectfully submitted,

/s/ Ginger D. Anders
Ginger D. Anders (D.C. Bar. No. 494471)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Ginger.Anders@mto.com
Jeremy.Kreisberg@mto.com

*Attorneys for Radio Free Asia and*
*Middle East Broadcasting Networks, Inc.*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on October 31, 2025, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the Court's CM/ECF filing system, which will send notifications to all counsel of record.

Respectfully submitted,

<u>/s/ Ginger D. Anders</u>
Ginger D. Anders (D.C. Bar. No. 494471)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Ginger.Anders@mto.com
Jeremy.Kreisberg@mto.com

*Attorneys for Radio Free Asia and*
*Middle East Broadcasting Networks, Inc.*