**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>Plaintiff,<br><br>v.<br><br>KARI LAKE, in her official capacity, *et al*.,<br><br>Defendants. | No. 25-cv-00840-RCL |

**JOINT NOTICE**

The Parties hereby notify the Court that the Open Technology Fund has received its Fiscal Year 2025 appropriation, less certain withholdings that the Open Technology Fund did not challenge in this case, from the U.S. Agency for Global Media.  The Parties agree that the requirements of the Court's Order, ECF No. 70, have been satisfied, and that the Court may enter final judgment in the case under Rule 58.

Date:  July 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

NOAH T. KATZEN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Eitan R. Sirkovich*

1

EITAN R. SIRKOVICH
(D.C. Bar No. 90030102)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 353-5525
Eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendants*


VAN NESS FELDMAN, LLP

/s/ *Patrick O. Daugherty*
Patrick O. Daugherty, D.C. Bar No. 981008
Michael Farber, D.C. Bar No. 449215
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Tel.: 202-298-1800
Email: pod@vnf.com; mfarber@vnf.com

Sophia E. Amberson, WA Bar No. 52528
        *Pro Hac Vice*
Liberty Quihuis, WA Bar No. 57779
        *Pro Hac Vice*
1191 Second Avenue
Suite 1800
Seattle, WA 98101
Tel.: 206-623-9372
Email: samberson@vnf.com;
        lquihuis@vnf.com

*Attorneys for Plaintiff*

2